# Lamprey Energy Inc.
## 63 Atlantic Avenue
## North Hampton, NH 03862-0657
## 603.964.6703

# INVOICE

*Feb 1, 2016*

| | |
|---|---|
| Customer #: | 180619 |
| Invoice #: | 10477 |
| Transaction Date: | 1/30/16 |
| Invoice Total: | $345.77 |

**TERMS: Net Due in 20 Days.**

Tim Johnson
PO Box 2637
Seabrook, NH 03874

Amount Enclosed: $ _____

. . . . . . . . . . . . . . . . *Please Return This Portion With Your Payment* . . . . . . . . . . . . . . . . . . . . . .

Description:

| Quantity | Description | Unit Price | Amount |
|----------|-------------|------------|--------|
| 148.4 | Propane | $2.33 | $345.77 |

| | |
|---|---|
| Sub Total: | $345.77 |
| Tax Total: | $0.00 |
| Total Due: | $345.77 |

*You may deduct $7.42, if total balance paid by 02/09/2016.*

For Fuel or Service At:   Tim Johnson
920 Lafayette Road          UNT   201
Seabrook, NH 03874

Lamprey Energy Inc.
63 Atlantic Avenue
North Hampton, NH 03862-0657
603.964.6703

| | |
|---|---|
| Customer #: | 180619 |
| Invoice #: | 10477 |
| Transaction Date: | 1/30/16 |



**Cote Plumbing & Heating Inc.**

3 Cote St.
Amesbury, MA 01913

1-978-388-0821

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2016 | 13895 |

**Bill To**

Tim Johnson
M & K Complex
PO Box 2637
Seabrook, NH 03874

| Description | Amount |
|-------------|--------|
| Old Pool Center  Unit 202 | |
| | |
| 1/22/16 | |
| | |
| Cleaned roof top furnace spark ignitor. | |
| | |
| Labor for Mark, hours: 1 | 125.00 |

Thank you for being a loyal Cote Plumbing and Heating customer.
We appreciate your business.
Please make all payments upon receipt.
Accounts over 30 days will be subject to 1.5% per month service charge
or a $5.00 minimum.

| | |
|------|------|
| **Total** | $125.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $125.00 |

## TOWN OF SEABROOK

PO BOX 476 SEABROOK, NH 03874

**COM/IND WATER & SEWER BILL**

| Bill# | Bill Date | Due Date | Map/Lot |
|-------|-----------|----------|---------|
| 00128698 | 1/28/2016 | 2/29/2016 | 7-91-201 |

| Reading Date | Prev Reading | Cur Reading | Usage |
|--------------|--------------|-------------|-------|
| 1/04/2016 | 14149 | 14158 | 9 |

| Service Location | Account# |
|------------------|----------|
| 920 LAFAYETTE RD #Nextel | 648600 |

| Description | Charges |
|-------------|---------|
| Last Payment Received 12/01/2015: | 43.12 |

Outstanding Balance: 43.12

New Charges:
Water
Sewer
Service Charge  30.00

M & K COMPLEX

P O BOX 2637
SEABROOK, NH 03874

**Total Amount Due** 73.12

## TOWN OF SEABROOK

PO BOX 476 SEABROOK, NH 03874

**COM/IND WATER & SEWER BILL**

Acct# 648600     Service Location: 920 LAFAYETTE RD #Nextel

M & K COMPLEX

P O BOX 2637
SEABROOK, NH 03874

| Description | Charges |
|-------------|---------|
| Water  0.450/1000 | |
| Sewer  0.450/1000 | |
| Service Charge | 30.00 |

| Meter# | Prev Read | Curr Read | Usage |
|--------|-----------|-----------|-------|
| 62142865 | 14149 | 14158 | 9 |

Total Usage: 9

| History | | | | |
|---------|---|---|---|---|
| Bill Date | 10/29/2015 | 7/30/2015 | 4/30/2015 | 1/29/2015 | 10/30/2014 |
| Usage | 8,592 | 5,551 | 0 | 0 | 6 |

New Charges: 30.00

Outstanding Balance: 43.12

| Bill# | Bill Date: | Due Date: | Map/Lot |
|-------|-----------|-----------|---------|
| 00128698 | 1/28/2016 | 2/29/2016 | 7-91-201 |

Total Amount Due 73.12

Billing Period

10/09/2015 through  1/04/2016

Make Checks Payable to:     Town of Seabrook
                            Tax Office  Hours:
                            P.O. Box 476
                            Seabrook, NH 03874

Tax Office - 99 Lafayette Rd - Town Hall
Monday-Friday 8:00 AM-4:00PM
Telephone: 603-474-9881
Email: LKnowles@SeabrookNH.org

***When paying at the Tax Office, and a receipt is needed, please bring the entire bill. Also; an interest charge of 12% (annual percentage rate) will be added to any unpaid balance that is not paid by the due date. If you have not paid your prior bill, call the Tax Office for the updated interest amount.

All other questions may be directed to: Seabrook Water Department
                                        Telephone: 603-474-9921
www.seabrooknh.org                      Hours: Monday-Friday 7:00AM-3:00PM
                                        Email: Water@SeabrookNH.org

Service Charge (definition) - The administrative costs of providing a clean water source for residents. To avoid a service charge, the water must be off, and the meter returned to the Water Department for a complete quarter.
All property owners are responsible for meters left in vacant premises. All meters need to be returned to the Water Department at the time of water shut off.

## TOWN OF SEABROOK

PO BOX 476 SEABROOK, NH 03874

### COM/IND WATER & SEWER BILL

| Bill# | Bill Date | Due Date | Map/Lot |
|---|---|---|---|
| 00128696 | 1/28/2016 | 2/29/2016 | 7-91-202 |

| Reading Date | Prev Reading | Cur Reading | Usage |
|---|---|---|---|
| 1/04/2016 | 1945 | 2996 | 1,051 |

| Service Location | Account# |
|---|---|
| 920 LAFAYETTE RD #Pool | 648620 |

| Description | Charges |
|---|---|
| Last Payment Received 12/01/2015: | 31.02 |
| Outstanding Balance: | 31.02 |
| New Charges: | |
| Water | 0.47 |
| Sewer | 0.47 |
| Service Charge | 30.00 |

M & K COMPLEX

P O BOX 2637
SEABROOK, NH 03874

| Total Amount Due | 61.96 |
|---|---|

---

## TOWN OF SEABROOK

PO BOX 476 SEABROOK, NH 03874

### COM/IND WATER & SEWER BILL

Acct#  648620

Service Location:  920 LAFAYETTE RD #Pool

M & K COMPLEX

P O BOX 2637
SEABROOK, NH 03874

| Description | Charges |
|---|---|
| Water  0.450/1000 | 0.47 |
| Sewer  0.450/1000 | 0.47 |
| Service Charge | 30.00 |

| Meter# | Prev Read | Curr Read | Usage |
|---|---|---|---|
| 62142863 | 1945 | 2996 | 1,051 |

| | Total Usage: | 1,051 |
|---|---|---|

| History | | | | | |
|---|---|---|---|---|---|
| Bill Date | 10/29/2015 | 7/30/2015 | 4/30/2015 | 1/29/2015 | 10/30/2014 |
| Usage | 1,126 | 780 | 0 | 0 | 2 |

| New Charges: | 30.94 |
|---|---|
| Outstanding Balance: | 31.02 |

| Bill# | Bill Date | Due Date: | Map/Lot |
|---|---|---|---|
| 00128696 | 1/28/2016 | 2/29/2016 | 7-91-202 |

| Total Amount Due | 61.96 |
|---|---|

| Billing Period |
|---|
| 10/09/2015 through  1/04/2016 |

Make Checks Payable to:  Town of Seabrook
Tax Office Hours:
P.O. Box 476
Seabrook, NH 03874

Tax Office - 99 Lafayette Rd - Town Hall
Monday-Friday 8:00 AM-4:00PM
Telephone: 603-474-9881
Email: LKnowles@SeabrookNH.org

***When paying at the Tax Office, and a receipt is needed, please bring the entire bill. Also; an interest charge of 12% (annual percentage rate) will be added to any unpaid balance that is not paid by the due date. If you have not paid your prior bill, call the Tax Office for the updated interest amount.

All other questions may be directed to: Seabrook Water Department

www.seabrooknh.org

Telephone: 603-474-9921
Hours: Monday-Friday 7:00AM-3:00PM
Email: Water@SeabrookNH.org

Service Charge (definition) - The administrative costs of providing a clean water source for residents. To avoid a service charge, the water must be off, and the meter returned to the Water Department for a complete quarter. All property owners are responsible for meters left in vacant premises. All meters need to be returned to the Water Department at the time of water shut off.

## TOWN OF SEABROOK

PO BOX 476 SEABROOK, NH 03874

### COM/IND WATER & SEWER BILL

| Bill# | Bill Date | Due Date | Map/Lot |
|-------|-----------|----------|---------|
| 00128697 | 1/28/2016 | 2/29/2016 | 7-91-204 |

| Reading Date | Prev Reading | Cur Reading | Usage |
|--------------|--------------|-------------|-------|
| 1/04/2016 | 38545 | 39785 | 1,240 |

| Service Location | Account# |
|------------------|----------|
| 920 LAFAYETTE RD #Antique | 648630 |

| Description | Charges |
|-------------|---------|
| Last Payment Received 09/14/2015: | 111.98 |
| Outstanding Balance: | 35.04 |
| New Charges: | |
| Water | 0.56 |
| Sewer | 0.56 |
| Service Charge | 30.00 |

M & K COMPLEX

P O BOX 2637
SEABROOK, NH 03874

| Total Amount Due | 66.16 |
|------------------|-------|

## TOWN OF SEABROOK

PO BOX 476 SEABROOK, NH 03874

### COM/IND WATER & SEWER BILL

Acct# 648630

Service Location: 920 LAFAYETTE RD #Antique

M & K COMPLEX

P O BOX 2637
SEABROOK, NH 03874

| Description | Charges |
|-------------|---------|
| Water  0.450/1000 | 0.56 |
| Sewer  0.450/1000 | 0.56 |
| Service Charge | 30.00 |

| Meter# | Prev Read | Curr Read | Usage |
|--------|-----------|-----------|-------|
| 62142867 | 38545 | 39785 | 1,240 |

Total Usage: 1,240

| History | | | | |
|---------|---|---|---|---|
| Bill Date | 10/29/2015 | 7/30/2015 | 4/30/2015 | 1/29/2015 | 10/30/2014 |
| Usage | 1,820 | 2,379 | 2,260 | 3,109 | 3,591 |

| Bill# | Bill Date: | Due Date: | Map/Lot |
|-------|-----------|-----------|---------|
| 00128697 | 1/28/2016 | 2/29/2016 | 7-91-204 |

| New Charges: | 31.12 |
|--------------|-------|
| Outstanding Balance: | 35.04 |
| Total Amount Due | 66.16 |

| Billing Period |
|----------------|
| 10/09/2015 through  1/04/2016 |

Make Checks Payable to:   Town of Seabrook
Tax Office  Hours:
P.O. Box 476
Seabrook, NH 03874

Tax Office - 99 Lafayette Rd - Town Hall
Monday-Friday 8:00 AM-4:00PM
Telephone: 603-474-9881
Email: LKnowles@SeabrookNH.org

***When paying at the Tax Office, and a receipt is needed, please bring the entire bill. Also; an interest charge of 12% (annual percentage rate) will be added to any unpaid balance that is not paid by the due date. If you have not paid your prior bill, call the Tax Office for the updated interest amount.

All other questions may be directed to: Seabrook Water Department
                                                                    Telephone: 603-474-9921
www.seabrooknh.org                             Hours: Monday-Friday 7:00AM-3:00PM
                                                                    Email: Water@SeabrookNH.org

Service Charge (definition) - The administrative costs of providing a clean water source for residents. To avoid a service charge, the water must be off. and the meter returned to the Water Department for a complete quarter. All property owners are responsible for meters left in vacant premises. All meters need to be returned to the Water Department at the time of water shut off.

**IPFS CORPORATION**
KANSAS CITY, MO 64141-2086
PHONE: (866)412-2431 - FAX: (919)234-2760

**NOTICE OF PAYMENT DUE**

| DATE MAILED | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| 01/25/16 | MAW-323534 | 02/13/16 |

IF ANY QUESTIONS, PLEASE CALL: (866)412-2431

**IMPORTANT**

To protect your account please make sure that your payment is made on or before the payment due date shown. Your payment for the insurance premiums we are budgeting for you is due on the date indicated. MAKE CHECK OR MONEY ORDER PAYABLE to IPFS CORPORATION and return the payment and this notice to the address shown on coupon.

MB 01 016331 76050 H 74 A
IhuIphIphIhuIIhuuIhuuIhuuIphIhuIphIphIhuIhIhIh
**INSURED**
SEABROOK COMMON SOUTH CONDO
M&K COMPLEX LTD PARTNERSHIP
PO BOX 2637
SEABROOK, NH 03874-2637

| CURRENT BALANCE | PAYMENT DUE |
|---|---|
| $2,326.14 | $1,163.07 |

# PLEASE MAKE ALL PAYMENTS TO ONE OF THE ADDRESSES NOTED BELOW.

To ensure proper credit, please send the coupon below with your payment and write your account number on your check.

**Make online payments or view account information at www.ipfs.com.
Please use access code E9QJLKBW to register (first time users).**

---

DETACH HERE

Written notations on this coupon will NOT be received.
To ensure proper credit, include coupon with payment.

PREBIL (03/10) Copyright 2010 IPFS Corporation

**PAYMENT COUPON**

INSURED
SEABROOK COMMON SOUTH CONDO
M&K COMPLEX LTD PARTNERSHIP
PO BOX 2637
SEABROOK, NH 03874-2637

| PAYMENT NO. | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| 8 | MAW-323534 | 02/13/16 |

| | |
|---|---|
| PAYMENT DUE: | $1,163.07 |
| LATE FEE: | $58.15 |
| OTHER FEES DUE: | $0.00 |
| PAST DUE AMOUNT: | $0.00 |

**For any overnight, priority, or other special delivery, send to:**
1055 BROADWAY
11TH FLOOR
KANSAS CITY, MO 64105
Questions? Call (866)412-2431

**Make online payments or view account information at www.ipfs.com.**
Please use this access code E9QJLKBW to register (first time users).

| PLEASE PAY THIS AMOUNT | | $1,163.07 |
|---|---|---|
| IF RECEIVED AFTER | 02/18/16 | $1,221.22 |

MAKE CHECK PAYABLE AND REMIT TO:
**IPFS CORPORATION
P.O BOX 32144
NEW YORK, NY 10087-2144**

MAW03235347 00001221220

## Scott Blood Excavation, LLC
### PO Box 188
### Hampton Falls, NH 03844
### 603-234-5159

January 26, 2016

M & K Complex
Tim Johnson
PO Box 2637
Seabrook, NH 03874

## Plowing Services Rendered

| Date of Service | Description | Amount |
|---|---|---|
| 12/29/15 | 7 Hours – 1 Ton | 595.00 |
| 12/30/15 | 5.25 Hours – 1 Ton | 446.25 |
| 12/30/15 | Sanding | 175.00 |
| 01/13/16 | Sanding | 175.00 |
| 01/16/16 | 3.75 Hours – 1 Ton | 318.75 |
| 01/16/16 | Sanding | 175.00 |
| 01/18/16 | 4.5 Hours – 1 Ton | 382.50 |
| 01/18/16 | Sanding | 175.00 |
| | Total | $2,442.50 |