

# Unitil
### NH ELECTRIC OPERATIONS
*energy for life*

**AMOUNT DUE** $216.47

| ACCOUNT NUMBER | BILL DATE | PLEASE PAY BY | NEXT METER READING DATE |
|---|---|---|---|
| 2151081-2038972 | 3/18/16 | 4/12/16 | 4/15/16 |

920 LAFAYETTE RD UNIT 1, SEABROOK   M &   Page 1 of 1



03/15   Usage (kWh)   03/16

## AT A GLANCE

| | | | |
|---|---|---|---|
| AMOUNT OF LAST BILL | $126.11 | TOTAL CURRENT CHARGES | $90.36 |
| PAYMENT | $0.00 | PLEASE PAY AMOUNT | $216.47 |
| YTD BUDGET AMOUNT | $0.00 | YTD ACTUAL AMOUNT | $0.00 |

| METER NUMBER | METER READING PREVIOUS | METER READING PRESENT | METER CONSTANT | METERED USAGE | NUMBER OF DAYS | METERED DEMAND | RATE CODE |
|---|---|---|---|---|---|---|---|
| 151540 | 1062 | 1068 | 40.00 | 240.00 kWh | 30 | | G2 |
| 151540 | | | | | 30 | 4.20 kW | G2 |

BALANCE FORWARD                                                 $126.11

**ELECTRIC SERVICE**                   PERIOD   02/15/16 - 03/16/16
DELIVERY SERVICES COMMERCIAL
 Customer Chg                                                    18.41
 Demand Chg         4.20   kW   x  $10.3500                      43.47
 Delivery Chg     240.00   kWh  x  $0.02352                       5.64
 Stranded Cost Chg 240.00  kWh  x  $0.00004                       0.01
TAXES & SURCHARGES
 System Benefits Chg 240.00 kWh x  $0.00330                       0.79
 Consumption Tax    240.00 kWh  x  $0.00055                       0.13
Total Current EL Charges                                        $68.45

**ELECTRIC SUPPLIER SERVICE**          PERIOD   02/15/16 - 03/16/16
SUPPLIER SVC EL
 Energy Service - Fixed  240.00 kWh x $0.09131                   21.91
Total Current SS Charges                                        $21.91

TO AVOID INTEREST CHARGES OF 1.5000% PER MONTH, EFFECTIVE 12/01/02    TOTAL CURRENT BILL   $90.36
PAYMENT MUST BE RECEIVED BY 5 PM ON 4/12/16                          TOTAL AMOUNT DUE    $216.47

### MESSAGES

Lights out? Phones on! Make sure we have your updated personal information & that it ties to your account. If we don't have it - visit www.unitil.com/sharemynumber or call us at 1-800-852-3339 in the Capital area and 1-800-582-7276 in the Seacoast.

UniPay allows your payment to be automatically deducted from your checking account 25 days after the bill date on your bill. It's a convenient way to pay your bill, hassle-free. Call us or visit www.unitil.com to sign up!

Questions about your bill? Visit www.unitil.com or call. (800) 852-3339 (Capital) and (800) 582-7276 (Seacoast)    ulgenie 20160318.csv-2682-000001
More information on reverse.                                                                              PLEASE PAY UPON RECEIPT AND BY DATE LISTED BELOW

## PAYMENT INFO

ACCOUNT NUMBER
**2151081-2038972**

# Unitil

| AMOUNT DUE | PLEASE PAY BY | AMOUNT PAID |
|---|---|---|
| $216.47 | 4/12/16 | 90 36  |

002682 000001074

M & K  COMPLEX LLC
PO BOX 2637
SEABROOK NH 03874-2637

UNITIL
P.O. BOX 981010
BOSTON, MA 02298-1010

**GO PAPERLESS - GO GREEN**
Take advantage of paperless billing!
More details online at unitil.com/gopaperless


VISA  MasterCard

8 0021510810 020389720000216478

Scott Blood Excavation, LLC
PO Box 188
Hampton Falls, NH 03844
603-234-5159

April 11, 2016

M & K Complex
Tim Johnson
PO Box 2637
Seabrook, NH 03874

Plowing Services Rendered

| Date of Service | Description | Amount |
|---|---|---|
| 03/04/16 | 4.5 Hours – 1 Ton | 382.50 |
| 03/21/16 | 4.5 Hours – 1 Ton | 382.50 |
| 04/04/16 | 4.5 Hours – 1 Ton | 382.50 |
| | Total | $1,147.50 |