

# INVOICE

Invoice # 32
Date: 06/07/2016
Due Upon Receipt

## Notinger Law, PLLC

7A Taggart Drive
Nashua, NEW HAMPSHIRE (NH) 03062
United States

M&K Complex, LP

### 00039-Notinger- M&K COMPLEX - COUNSEL TO TRUSTEE

### M&K COMPLEX - COUNSEL TO TRUSTEE

**Services**

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| DN | 01/19/2016 | REVIEW LETTER OF INTENT FROM MCLAUGHLIN BROKER; CONF. W/ SMN AS TO WHETHER THERE IS EQUITY IN THESE COMMERCIAL CONDOS | 0.50 | $310.00 | $155.00 |
| DN | 01/22/2016 | REVIEW TD BANK MOTION FOR RELIEF FROM STAY; CONF. W/ SMN AS TO WHETHER WE SHOULD OBJECT, WHETHER THERE IS EQUITY AND WHETHER WE CAN MAKE A DEAL WITH 2ND LIENHOLDER (EX-WIFE) | 1.00 | $310.00 | $310.00 |
| DN | 01/22/2016 | REVIEW FILE, DRAFT & FILE APPLICATION TO EMPLOY & ATTACHMENTS; CONF. W/ SMN | 1.00 | $310.00 | $310.00 |
| DN | 01/25/2016 | E-MAIL EXCHANGE W/ DEBTOR'S ATTY TO OBTAIN UNIT DESCRIPTIONS & OTHER INFO FOR POSSIBLE MOTIONS TO SELL | 0.50 | $310.00 | $155.00 |
| DN | 01/26/2016 | TC W/ ATTY FOR BANK ON CLOSING OF UNIT 205 S/ SBA FINANCING; E-MAIL EXCHANGE W/ SAME | 0.50 | $310.00 | $155.00 |
| DN | 01/26/2016 | TC WITH BANKER RE: UPCOMING SALE; REVIEW FILE; E-MAIL EXCHANGE W/ DEBTOR'S ATTORNEY ON INFO NEEDED FOR SALES | 0.50 | $310.00 | $155.00 |
| DN | 01/27/2016 | REVIEW P&S AGREEMENTS; CONF. W/ SMN ON FINANCING ISSUES & REVISED P&S; TC WITH NANCY MICHELS (REPRESENTING EX-WIFE); RESEARCH SEABROOK COMMONS, LLC; | 1.00 | $310.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 01/28/2016 | REVIEW MATERIALS FROM DEBTOR'S ATTY; FURTHER E-MAIL EXCHANGE FOR INFO FOR SALES MOTIONS, SPECIFICALLY WHICH UNITS HAVE TENANTS & WHETHER THEY ARE STAYING THROUGH A SALE | 0.50 | $310.00 | $155.00 |
| SN | 01/28/2016 | ANALYSIS AND EDITS AND NEGOTIATION OF P & S AGREEMENTS; BEGAN DRAFTING MOTION TO SELL; CONCERN ABOUT ECONOMICS OF SALE AND NEGOTIATION WITH JUNIOR LIEN HOLDER REGARDING SALE. | 3.00 | $310.00 | $930.00 |
| SN | 02/01/2016 | WORK ON P & S AGREEMENTS; SEVERAL DISCUSSIONS WITH DIFFERENT BUYERS ABOUT BANKRUPTCY REQUIREMENTS; DRAFTING 3 MOTIONS TO SELL; FURTHER DISCUSSIONS WITH BROKER AND QUESTIONS ABOUT OTHER BROKERS; FURTHER DRAFTING OF DOCUMENTS | 6.50 | $310.00 | $2,015.00 |
| DN | 02/02/2016 | RESEARCH TITLE TO PROPERTY & ASSIST SMN WITH OBJECTION TO MOTION FOR RELIEF FROM STAY; TC WITH NANCY MICHELS ON TITLE ISSUES | 4.00 | $310.00 | $1,240.00 |
| SN | 02/02/2016 | RL AND DRAFTING OBJECTION TO MOTION FOR RELIEF; FOLLOW UP WITH BUYERS; WITH DEBTOR AND WITH SECOND LIEN HOLDER | 3.70 | $310.00 | $1,147.00 |
| DN | 02/03/2016 | REVIEW DEBTOR'S OBJECTION TO MOTION FOR RELIEF | 0.40 | $310.00 | $124.00 |
| DN | 02/08/2016 | E-MAIL EXCHANGE W/ RELATED PARTIES ON PEOPLE BEING REALISTIC IN WHAT IS BEING PAID OUT OF DISTRESSED SALE AND WHETHER THERE ARE OTHER PARTIES ENTITLED TO A COMMISSION OR A SHARE OF SALES PROCEEDS & SET UP OF CONFERENCE CALL; E-MAIL TO TD'S ATTY TO TRY TO SETTLE MFR W/ AN AGREEMENT TO GIVE TRUSTEE 60 DAYS TO GET SALES DONE | 0.80 | $310.00 | $248.00 |
| DN | 02/09/2016 | CONFERENCE CALL WITH PARTIES ON MOTION FOR RELIEF HEARING AND WHO IS ENTITLED TO SHARE OF SALE PROCEEDS OR A COMMISSION, PARTICULARLY ON THE GYM; REVIEW OFFER ON UNIT 204 FOR $100k; E-MAIL EXCHANGE W/ REALTOR ON THAT & HER EMPLOYMENT APP; DRAFT EMPLOYMENT APP | 1.50 | $310.00 | $465.00 |
| DN | 02/10/2016 | ATTEND HEARING ON MOTION FOR RELIEF FILED BY BANK W/ SMN; NEGOTIATE CONTINUANCE W/ BANK AT COURTHOUSE; CONF. W/ NANCY MICHELS AT COURTHOUSE RE: SETTLEMENT; E-MAIL EXCHANGE W/ PAUL MCINNIS ON WHETHER WE NEED AN AUCTIONEER FOR M&K PROPERTIES; E-MAIL TO MATT JOHNSON (BUYER OF 205'S ATTY) RE: DEPOSIT AND OTHER ISSUES; E-MAIL EXCHANGE W/ BANKER FOR SALE OF UNIT 205 RE: STATUS | 2.40 | $310.00 | $744.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 02/11/2016 | TC W/ REALTOR ON POTENTIAL CONFLICTS IN CASE; REVISE EMPLOYMENT APP; CONF. W/ SMN ON SAME & OBTAINING A HEARING DATE; CONF. W/ CAG & SMN ON PAYING ADMINS; E-MAIL EXCHANGE W/ DEBTOR'S ATTY RE:SAME & RENT CHECKS | 1.50 | $310.00 | $465.00 |
| CG | 02/11/2016 | DRAFT AND FILE MOTION AND PROPOSED ORDER RE PAYING ADMINISTRATIVE EXPENSES. | 1.00 | $125.00 | $125.00 |
| DN | 02/12/2016 | REVIEW E-MAIL FROM TIM BRITAIN W/ TD LOAN HISTORY | 0.50 | $310.00 | $155.00 |
| DN | 02/15/2016 | REVISE SMN'S 3 MOTIONS TO SELL DEBTOR'S COMMERCIAL CONDOS IN SEABROOK NH (UNITS 103 AND 104; 201 AND 202 AND 205 | 2.00 | $310.00 | $620.00 |
| DN | 02/15/2016 | VISIT M&K PROPERTY W/ SMN WHILE IN THE SEACOAST AREA; TAKE PHOTOS | 1.00 | $310.00 | $310.00 |
| DN | 02/16/2016 | FINALIZE AND FILE MOTIONS TO SELL 5 OF DEBTOR'S COMMERCIAL CONDOS IN SEABROOK, NH; CONF. W/ SMN REGARDING SAME; FINALIZE SERVICE LISTS & PARTIES TO GET NOTICE FOR POSSIBLE COUNTEROFFERS | 4.00 | $310.00 | $1,240.00 |
| SN | 02/16/2016 | DRAFTING PROPOSED ORDERS FOR SALE MOTIONS | 2.50 | $310.00 | $775.00 |
| DN | 02/18/2016 | FINISH DRAFTING STIPULATION WITH EX-WIFE; DETAILED E-MAIL TO NANCY MICHELS REGARDING TITLE ISSUES; TC WITH TIM BRITAIN; E-MAIL EXCHANGE W/ NANCY ON SAME ISSUES AND GETTING SALES DONE; E-MAIL TO MATT JOHNSON RE: DEPOSIT FOR SALE OF 205 | 3.10 | $310.00 | $961.00 |
| DN | 02/19/2016 | WORK ON MOTION TO APPROVE WITH WIFE; TC WITH NANCY MICHELS ON ISSUES WITH LIENS ON GYM; CONF. W/ TRUSTEE ON SAME; E-MAIL CLERK ON MOTION TO PAY & STATUS; E-MAIL TO CLERK ON STATUS OF MOTION TO PAY ADMIN EXPENSES | 2.10 | $310.00 | $651.00 |
| DN | 02/19/2016 | TC W/ ATTY FOR BUYER (ROBINSON); E-MAIL EXCHANGE W/ SAME | 0.30 | $310.00 | $93.00 |
| DN | 02/22/2016 | E-MAIL EXCHANGE W/ REALTOR & ATTY FOR BUYER OF UNITS 201 AND 202 RE: DEPOSIT & STATUS OF P&S | 0.40 | $310.00 | $124.00 |
| DN | 02/24/2016 | REVIEW E-MAIL FROM ATTY GAYMAN (PARKER'S ATTY) | 0.20 | $310.00 | $62.00 |
| DN | 02/25/2016 | REVIEW E-MAIL EXCHANGE W/ REALTOR ON DEPOSIT RE: UNITS 201 AND 202; TC WITH NANCY MICHELS RE: BANK'S MFR & ISSUES WITH TITLE TO UNIT 205 | 0.60 | $310.00 | $186.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 02/29/2016 | CONF. W/ SMN & E-MAIL EXCHANGE W/ INSURANCE AGENT ON PAYING INSURANCE TO AVOID CANCELLATION; LENGTHY E-MAIL EXCHANGES WITH THE BANK & CAROL JOHNSON REGARDING PROBLEMS WITH TITLE TO UNIT 205 & THE BANK'S MOTION FOR RELIEF | 1.50 | $310.00 | $465.00 |
| DN | 03/01/2016 | REVIEW LENGTHY ARGUMENTS BY TIM BRITAIN AND NANCY MICHELS AS TO WHICH POSITION IS RIGHT ON UNIT 205 TITLE; E-MAIL EXCHANGE W/ NANCY ON STATUS OF PROPOSED STIP WITH HER CLIENT | 1.00 | $310.00 | $310.00 |
| DN | 03/02/2016 | TC WITH TIM BRITAIN AND NANCY MICHELS TO TRY TO SETTLE TD BANK'S MFR; REVIEW OBJECTIONS OF TD BANK TO TRUSTEE'S MOTIONS TO SELL AND TO REALTOR | 1.50 | $310.00 | $465.00 |
| DN | 03/03/2016 | SEVERAL LENGTHY E-MAIL EXCHANGES W/ COUNSEL FOR THE BANK AND COUNSEL FOR CAROL JOHNSON TRYING TO SETTLE CASE; TC W/ REALTOR ON CONFLICT ISSUES AND COUNTEROFFER; CONF. W/ TRUSTEE; E-MAIL EXCHANGE W/ TRUSTEE ON POSSIBLE ADVERSARY PROCEEDING; REVIEW AND REVISE AGREEMENT WITH CAROL JOHNSON & CIRCULATE TO NANCY MICHELS; TC W/ NANCY MICHELS RE: SAME; DRAFT & FILE NOTICE OF COUNTEROFFER AND CIRCULATE TO INTERESTED PARTIES | 3.00 | $310.00 | $930.00 |
| DN | 03/04/2016 | TC WITH BROKER FOR COUNTEROFFEROR; E-MAIL EXCHANGE W/ NANCY MICHELS ON SETTLEMENT WITH CAROL JOHNSON; E-MAIL EXCHANGE W/ COURT CLERK ON HEARING DATE; REVISE & FILE MOTION TO APPROVE COMPROMISE AND SETTLEMENT; DRAFT & FILE SUPPLEMENTAL OBJECTION TO MOTION FOR RELIEF; E-MAIL EXCHANGE W/ BROKER ON POSSIBLE P&S ON UNIT 203; TC W/ REALTOR ON ATTENDING HEARING | 3.00 | $310.00 | $930.00 |
| DN | 03/05/2016 | E-MAIL EXCHANGE W/ REALTOR ON STATUS OF P&S ON UNIT 204 AND WHETHER THERE WILL BE AN OFFER ON UNIT 203; ALSO ON STATUS OF COUNTEROFFER ON UNITS 201, 202, 203 AND 204 | 0.60 | $310.00 | $186.00 |
| DN | 03/07/2016 | WORK ON PROPOSED ORDERS & CIRCULATE; E-MAIL EXCHANGE W/ NANCY MICHELS ON SAME | 1.00 | $310.00 | $310.00 |
| DN | 03/08/2016 | NEGOTIATIONS WITH TD BANK FOR HEARING TOMORROW ON CAP & RESERVATION OF RIGHTS; REVISE STIPULATION MULTIPLE TIMES; MULTIPLE TCs WITH TIM BRITAIN ON SAME; TC WITH NANCY MICHELS; CONF. (SEVERAL) WITH TRUSTEE; REVISE & FILE SALE ORDERS; DRAFT & FILE ORDER WITH STIP | 5.00 | $310.00 | $1,550.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 03/09/2016 | PREPARE FOR AND ATTEND HEARING ON MOTIONS TO SELL, EMPLOYMENT OF BROKER AND MOTION FOR RELIEF; E-MAILS TO ALL BUYERS ON APPROVAL OF SALES AND REQUESTS FOR CONTACT INFO FOR CLOSING ATTYS; TC W/ BENOIT ATTY FOR CLOSING; TC WITH CHOP SHOP ATTY & E-MAIL TO SAME; WORK ON LEGAL DESCRIPTIONS FOR PROPOSED ORDERS; E-MAIL EXCHANGE W/ MATT JOHNSON ON COURT ORDER; E-MAIL TO TRUSTEE ON HOW TO DISBURSE PROCEEDS; DISCLOSE POTENTIAL OFFERS ON UNITS 203 AND 204 TO BANK AND CAROL JOHNSON ATTYS | 5.00 | $310.00 | $1,550.00 |
| DN | 03/10/2016 | WORK ON DESCRIPTIONS OF UNITS; E-MAIL EXCHANGE W/ BUYER'S ATTY & ALSO TIM BRITAIN ABOUT WHETHER THERE ARE TITLE POLICIES IN PLACE WHICH CONTAIN DESCRIPTIONS OF UNITS; REVIEW TITLE INSURANCE POLICIES | 1.00 | $310.00 | $310.00 |
| DN | 03/11/2016 | WORK ON PROPERTY DESCRIPTIONS FOR ALL UNITS BEING SOLD. REVISE & CIRCULATE DESCRIPTION OF UNIT 205; CREATE & CIRCULATE DESCRIPTION OF UNITS 103 AND 104; E-MAIL EXCHANGE W/ BUYER'S PARALEGAL ON UNITS 201 AND 202 | 2.00 | $310.00 | $620.00 |
| DN | 03/18/2016 | E-MAIL EXCHANGE W/ COURT CLERK TO GET A NEW DATE FOR SALES OF UNITS 203 AND 204 | 0.40 | $310.00 | $124.00 |
| DN | 03/21/2016 | MULTIPLE E-MAIL EXCHANGES W/ PARTIES (REALTOR & TWO LAW OFFICES RE: CLOSING ON UNITS 103 AND 104 TO BENOIT; FILE REVISED PROPOSED ORDER WITH UPDATED DESCRIPTION ON UNITS 103 AND 104; WORK ON DEED | 1.40 | $310.00 | $434.00 |
| DN | 03/22/2016 | REVIEW PRELIMINARY CLOSING DOCS ON UNITS 103 AND 104 FROM ATTY HAUSLER; E-MAIL EXCHANGE W/ SAME; FILE REVISED ORDERS ON OTHER UNITS WITH COURT WITH UPDATED DESCRIPTIONS | 1.50 | $310.00 | $465.00 |
| DN | 03/23/2016 | SEND REVISED CLOSING DOCS TO ATTY HAUSLER FOR UNITS 103 AND 104; E-MAIL EXCHANGE W/ SAME REGARDING TIN & OTHER CLOSING ISSUES; CIRCULATE PROPOSED DEED; INCORPORATE REQUESTED CHANGES; HAVE SMN SIGN REVISED CLOSING DOCS INCLUDING DEED | 1.50 | $310.00 | $465.00 |
| DN | 03/24/2016 | E-MAIL EXCHANGES W/ ATTY FOR BUYER OF UNITS 103 AND 104; CALCULATE PRO-RATED TAXES; REVISE & FINALIZE ALL CLOSING DOCS; HAVE PARALEGAL OVERNIGHT THEM; E-MAIL CLOSING INFO TO TIM BRITAIN & NANCY MICHELS | 1.00 | $310.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 03/25/2016 | E-MAIL EXCHANGE W/ TOWN OF SEABROOK ON PAST-DUE RE TAXES OWED ON ALL UNITS & PER DIEMS; REVIEW TAX INFO; CIRCULATE SAME; DRAFT MOTIONS TO SELL UNITS 203 AND 204 SEABROOK COMMON SOUTH; REQUEST STATUS ON CLOSING OF UNITS 201 AND 202 | 3.50 | $310.00 | $1,085.00 |
| DN | 03/28/2016 | INSTRUCT PARALEGAL TO OVERNIGHT NET PROCEEDS FROM SALE OF 103 AND 104 TO TD BANK PER TIM'S INSTRUCTIONS; FINALIZE AND FILE MOTIONS TO SELL UNITS 203 AND 204 SEABROOK COMMON SOUTH; CIRCULATE PAPERWORK TO CHOP SHOP TENANT & ATTY | 2.20 | $310.00 | $682.00 |
| DN | 03/30/2016 | E-MAIL EXCHANGE W/ ATTY FOR BUYER OF UNITS 201 AND 202 RE: STATUS OF CERTIFIED ORDER, CLOSING DATE & OLD LEASE W/ OPTION TO PURCHASE RECORDED AGAINST ONE OF THE UNITS | 0.50 | $310.00 | $155.00 |
| DN | 03/31/2016 | REVIEW E-MAILS FROM REALTOR & ATTY RE: OLD LEASE/OPTION TO PURCHASE NO LONGER VALID AS TENANT WENT OUT OF BUSINESS | 0.20 | $310.00 | $62.00 |
| DN | 04/01/2016 | TC W/ CLOSING ATTY ON UNIT 205 ON VARIOUS ISSUES; REVIEW CLOSING AGENDA ON UNIT 205; CONF. W/ SMN ON SAME; E-MAIL EXCHANGE W/ NICOLE TIBBETTS & PATTI VISCONTE ON CLOSING ISSUES ON UNITS 201 AND 202 | 1.00 | $310.00 | $310.00 |
| SN | 04/05/2016 | DRAFTING SECOND MOTION FOR REPAYMENT OF FEES AND ORDER; FOLLOW UP WITH SEVERAL FEES RE SAME | 1.50 | $310.00 | $465.00 |
| DN | 04/05/2016 | REVIEW E-MAIL FROM REALTOR RE: EXISTENCE OF CONDO ASSOCIATION; CONF. W/ TRUSTEE; DETAILED E-MAIL TO ATTY FOR DEBTOR RE: RENT ROLL AND WHETHER CONDO FEES ARE ASSESSED OR COLLECTED; REVIEW DEBTOR RESPONSE; E-MAIL EXCHANGE W/ ATTYS FOR 205 CLOSING RE: CLOSING AGENDA & ADDING SELLER-FINANCED MORTGAGE | 1.00 | $310.00 | $310.00 |
| DN | 04/06/2016 | PREPARE FOR AND ATTEND HEARING ON MOTION TO APPROVE SETTLEMENT WITH WIFE; E-MAIL TO CLOSING ATTY FOR UNIT 205; TC WITH ASSISTANT TO CLOSING ATTY ON UNIT 5 RE: CLOSING AGENDA | 2.00 | $310.00 | $620.00 |
| DN | 04/08/2016 | DRAFT & CIRCULATE PROPOSED DEEDS ON THE SALE OF UNITS 203 AND 204; CIRCULATE TAX STATEMENTS FROM TOWN OF SEABROOK; E-MAIL EXCHANGES WITH CLOSING ATTYS ON BOTH SALES | 1.00 | $310.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 04/11/2016 | E-MAIL EXCHANGE W/ TIM BRITAIN (TD BANK ATTY) RE: STATUS OF CLOSINGS ON REMAINING CONDO SALES | 0.40 | $310.00 | $124.00 |
| DN | 04/12/2016 | REVIEW E-MAIL FROM TIM JOHNSON; CONF. W/ SMN RE: SAME | 0.50 | $310.00 | $155.00 |
| CG | 04/20/2016 | TELEPHONE CALL TO INSURANCE COMPANY RE AMOUNT DUE ON POLICY; DRAFT THIRD MOTION TO PAY ADMINISTRATIVE EXPENSES AND PROPOSED ORDER; FILE SAME WITH COURT. | 0.60 | $125.00 | $75.00 |
| DN | 04/22/2016 | E-MAIL EXCHANGE W/ ATTY OFFICE FOR CLOSING ON UNITS 201 AND 202 RE: HOW LIENS ARE DISCHARGED AT CLOSING & WHAT GOES ON HUD-1; E-MAIL EXCHANGE W/ BANKER & ATTYS FOR CLOSING ON UNIT 205 AS TO STATUS, CLOSING AGENDA & PROPOSED CLOSING DATE | 0.80 | $310.00 | $248.00 |
| DN | 04/25/2016 | E-MAIL EXCHANGE W/ BANKER ON UNIT 205 AS TO WHETHER CLOSING AGENDA CAN BE SHARED; E-MAIL CLOSING AGENDA TO TIM BRITAIN & NANCY MICHELS WITH UPDATE | 0.50 | $310.00 | $155.00 |
| DN | 04/27/2016 | ATTEND HEARING ON APPROVAL OF SALE OF UNITS 203 AND 204; E-MAIL CLOSING PACKAGE FROM UNITS 103 AND 104 TO ATTY GANZ'S OFFICE; FURTHER E-MAIL EXCHANGE W/ ATTY FOR 201 AND 202 CLOSING RE: STATUS OF HUD-1 AND PROPOSED DEED; PREPARE & CIRCULATE PROPOSED DEED FOR CLOSING | 1.70 | $310.00 | $527.00 |
| DN | 04/28/2016 | PREPARE & FILE AMENDED ORDERS FOR THE SALE OF UNITS 203 AND 204 WITH PROPERTY DESCRIPTIONS | 0.70 | $310.00 | $217.00 |
| DN | 04/29/2016 | E-MAIL EXCHANGE W/ REALTOR RE: APPROVED SALES ORDERS FOR UNITS 203 AND 204; REQUEST FOR CONTACT INFO & CLARIFICATION ON RECEIPT OF COMMISSION BY MASIELLO; E-MAIL TO CHRISTOS BABIS; E-MAIL TO GREG SCHIANO | 0.70 | $310.00 | $217.00 |
| DN | 05/03/2016 | E-MAIL EXCHANGE W/ GREG SCHIANO ON CLOSING ON UNIT 204 AND WHO WILL BE CLOSING ATTY; E-MAIL EXCHANGE W/ CLOSING FOLKS ON UNITS 201 AND 202 RE: LANGUAGE IN DEED ON WHO IS TAKING TITLE AND PRO-RATION OF RENTS FOR 2 TENANTS; REVISE DEED; PROVIDE EIN FOR CLOSING TO FOLKS FOR UNIT 205 | 0.80 | $310.00 | $248.00 |
| DN | 05/04/2016 | CONF. W/ SMN ABOUT DRAFTING 3RD MORTGAGE ON UNIT 205; E-MAIL RELEVANT DOCS TO HIM; REVIEW DRAFT HUD-1 ON 201 AND 202; E-MAIL DRAFT HUD-1 TO TD BANK & NANCY MICHELS ON | 0.60 | $310.00 | $186.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | UNITS 201 AND 202 WITH REQUEST FOR ACCOUNTING | | | |
| SN | 05/04/2016 | Draft note and 3rd mortgage and other docs on sale of gym; circulate to DAN | 2.00 | $310.00 | $620.00 |
| DN | 05/05/2016 | REVIEW, REVISE AND FINALIZE CLOSING DOCS FOR SALE OF UNITS 201 AND 202; TC WITH REALTOR/BUYER (SEVERAL) ON ISSUES WITH ENVIRONMENTAL STUDY; SEVERAL ROUNDS OF E-MAILS ON THIS ISSUE; DRAFT RENT PRO-RATION LTR.; REVISE HUD-1 SEVERAL TIMES; GET CLOSING PACKAGE OUT; | 3.00 | $310.00 | $930.00 |
| DN | 05/05/2016 | E-MAIL EXCHANGE W/ CLOSING ATTY OFFICE ON SALE OF UNIT 205; PRELIMINARY REVIEW OF DOCS (SAME CLOSING OFFICE AS UNITS 201 AND 202) | 0.30 | $310.00 | $93.00 |
| DN | 05/06/2016 | E-MAIL EXCHANGE W/ CLOSING ATTY FOR UNITS 201 AND 202; TC WITH SAME RE: RENT PRO-RATION FOR TENANTS OF UNIT 202 | 0.40 | $310.00 | $124.00 |
| DN | 05/09/2016 | MULTIPLE E-MAIL EXCHANGES & REVIEWS/REVISIONS OF CLOSING DOCS FOR UNIT 205 CLOSING TOMORROW WITH PARTIES AND TRUSTEE; MAKE CHANGES TO DOCS; GET CORRECT DOCS SIGNED BY TRUSTEE TO BRING TO CLOSING; E-MAIL EXCHANGES & CALCULATIONS OF RENT PRO-RATION FOR MONTH OF MAY; E-MAIL EXCHANGES WITH TIM BRITAIN RE: CONTINUING HEARING ON THE 11TH; DRAFT & FILE MOTION TO CONTINUE BANK'S MFR TO JUNE 8TH | 4.00 | $310.00 | $1,240.00 |
| SN | 05/10/2016 | Attend closing on gym in Portsmouth; tc to Deb Notinger with questions during closing | 2.00 | $310.00 | $620.00 |
| DN | 05/10/2016 | E-MAIL BACK-UP CLOSING DOCS TO KEANE & MACDONALD FOR CLOSING; TC WITH SMN RE:SAME (CLOSING ON UNIT 205); DETAILED E-MAIL TO TD BANK & NANCY MICHELS RE: PROBLEMS WITH CHECK FOR UNITS 201 AND 202 (PRINTED WITHOUT ROUTING NO. SO HAD TO GET A REPLACEMENT) SO GYM PROCEEDS WILL CLEAR FIRST & AGAIN REQUESTING ACCOUNTING FROM TD BANK SO THEY CAN BE PAID OFF WHEN 201/202 FUNDS CLEAR | 1.00 | $310.00 | $310.00 |
| CG | 05/11/2016 | LETTER TO GAIL KARLEN AT TD BANK RE PROCEEDS FROM SALE OF UNIT 205, 920 LAFAYETTE RD, SEABROOK, NH | 0.10 | $125.00 | $12.50 |
| DN | 05/11/2016 | INSTRUCT PARALEGAL TO FORWARD NET PROCEEDS OF SALE FOR GYM TO TD BANK UPON CLEARANCE OF WIRE; | 0.20 | $310.00 | $62.00 |

| | | | | | |
|---|---|---|---|---|---|
| CG | 05/16/2016 | LETTER TO LAURA DEETZ AT KEANE & MACDONALD RE EXECUTED SUBORDINATION AGREEMENT AND 1099-S. | 0.10 | $125.00 | $12.50 |
| CG | 05/17/2016 | DRAFT AND FILE EXPARTE MOTION TO PAY ADMINISTRATIVE EXPENSES. | 0.20 | $125.00 | $25.00 |
| DN | 05/18/2016 | E-MAIL EXCHANGE W/ NANCY MICHELS AND TIM BRITAIN ON PAYOFF OF TD BANK, CALCULATION OF AMOUNT OWED TO CAROL JOHNSON & SENDING OUT CHECK | 0.50 | $310.00 | $155.00 |
| DN | 05/19/2016 | E-MAIL EXCHANGE W/ NANCY MICHELS ON SENDING OUT NET SALES PROCEEDS & OBTAINING A COPY OF JOHNSON DIVORCE DECREE FOR TAX REPORTING PURPOSES ON THE VARIOUS SALES; DRAFT & FILE ACCOUNTING WITH THE COURT SHOWING FUNDS PAID OUT THUS FAR TO TD BANK AND CAROL JOHNSON; LTR TO NANCY MICHELS WITH CHECK | 1.00 | $310.00 | $310.00 |
| DN | 05/20/2016 | E-MAIL EXCHANGE W/ ATTY BEDARD ON THE STATUS OF THE CLOSING ON UNIT 204 & PAYOFF OF TD BANK | 0.50 | $310.00 | $155.00 |
| DN | 05/23/2016 | TC WITH ATTY FOR BANK (BOULANGER) ON SALE OF UNIT 204; CONF. W/ PARALEGAL ON INSURANCE CERTIFICATE; FORWARD INSURANCE CERT. TO ATTY BOULANGER; E-MAIL EXCHANGE RE: SAME; REVIEW NOTICE OF WITHDRAWAL OF TD BANK'S MFR | 1.10 | $310.00 | $341.00 |
| DN | 05/23/2016 | REVIEW, REVISE & FINALIZE CLOSING PACKAGE ON SALE OF UNIT 204; E-MAIL EXCHANGE W/ ATTY BOULANGER REGARDING SAME; TC W/ ATTY BOULANGER; E-MAIL TO DEBTOR'S COUNSEL RE: ANY SECURITY DEPOSITS OR LAST MONTH'S RENT | 1.50 | $310.00 | $465.00 |
| CG | 05/24/2016 | REVIEW ALL CLOSING DOCUMENTS RE UNIT 204; DRAFT AND OVERNIGHT LETTER AND ORIGINAL CLOSING DOCUMENTS TO ATTORNEY BOULANGER. | 0.30 | $125.00 | $37.50 |
| DN | 05/25/2016 | REVIEW, REVISE & FINALIZE CLOSING PACKAGE ON THE SALE OF UNIT 203; E-MAIL EXCHANGE W/ CLOSING PARALEGAL ON SAME; CONF. W/ TRUSTEE | 1.00 | $310.00 | $310.00 |
| DN | 05/26/2016 | E-MAIL EXCHANGE W/ NANCY MICHELS ON GETTING THE JOHNSON DIVORCE DECREE IN ORDER TO ALLOCATE CORRECTLY ON M&K TAX RETURN | 0.40 | $310.00 | $124.00 |
| DN | 05/27/2016 | E-MAIL TO ALL NEW OWNERS AND INTERESTED PARTIES WITH INSURANCE CERTIFICATE AND | 0.50 | $310.00 | $155.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | NOTICE THAT INSURANCE WILL BE CANCELLED ON 6/3/16 UNLESS WE HEAR OTHERWISE | | | |
| DN | 06/01/2016 | E-MAIL EXCHANGE W/ NANCY MICHELS ON LATEST CLOSING; CALL TO KERI MARSHALL; E-MAIL TO KERI MARSHALL RE: OBTAINING DIVORCE DECREE PROVISIONS ON M&K; CONF. W/ CAG | 1.00 | $310.00 | $310.00 |
| DN | 06/01/2016 | E-MAIL EXCHANGE W/ BIRON BEDARD (ATTY FOR BUYER OF 203) ON WHETHER THERE IS A LEASE WITH CHOP SHOP | 0.50 | $310.00 | $155.00 |
| DN | 06/03/2016 | E-MAIL FORM 2 TO ACCOUNTANT; E-MAIL EXCHANGE W/ SAME TO FIGURE OUT WHAT IS NEEDED FOR TAXES | 0.40 | $310.00 | $124.00 |
| DN | 06/03/2016 | WORK ON FIRST INTERIM FEE APP FOR NOTINGER LAW, PLLC | 3.00 | $310.00 | $930.00 |
| DN | 06/06/2016 | TC WITH UST ON FEE APP ISSUES; E-MAIL EXCHANGE W/ CLOSING ATTY RE: SMALL OVER PAYMENT TO BE RETURNED TO TRUSTEE; CONF. W/ PARALEGAL ON RETURN OF SMALL OVER PAYMENT TO TD BANK | 0.50 | $310.00 | $155.00 |
| DN | 06/07/2016 | WORK ON, FINALIZE & FILE INTERIM FEE APPLICATION; | 5.00 | $310.00 | $1,550.00 |
| | | | **Quantity Subtotal** | | **128.1** |
| | | | **Services Subtotal** | | **$39,285.50** |

## Expenses

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| CG | 02/16/2016 | Postage: Notices of Hearing on 3 Motions to Sell, Motion to Employ Realtor and Motion to Approve Compromise and Settlement with Wife - 17 recipients @ .98 = $16.66 | 1.00 | $16.66 | $16.66 |
| CG | 02/16/2016 | Photocopies: Notices of Hearing on 3 Motions to Sell, Motion to Employ Realtor and Motion to Approve Compromise and Settlement with Wife - 17 recipients @ 7 pages = 119 copies @ .10 = $11.90 | 1.00 | $11.90 | $11.90 |
| CG | 03/23/2016 | United States Bankruptcy Court - Certified Copies of Orders dated 03/23/16 on Chapter 7 Trustee's Motion to Sell Debtors Real Estate Known as Units 201 and 202 Seabrook Commons (Doc. 86) and Chapter 7 Trustee's Motion to Sell Debtors Real Estate Known as Unit 205 Seabrook Commons (Doc. 85) | 1.00 | $15.00 | $15.00 |
| CG | 03/24/2016 | Overnight Mail - UPS - Sale documents re Units 103 & 104 to Attorney Hausler for closing. | 1.00 | $23.36 | $23.36 |

| | | | | | |
|---|---|---|---|---|---|
| CG | 03/28/2016 | Overnight Mail - UPS - Check for Net Proceeds from Sale of Units 103 & 104 to TD Bank. | 1.00 | $23.36 | $23.36 |
| CG | 03/28/2016 | Photocopies - Service of Notices of Hearing on 2 Motions to Sell (Units 203 & 204). 21 x 4 = 84 @ .10 = 8.40 | 1.00 | $8.40 | $8.40 |
| CG | 03/28/2016 | Postage - Service of Notices of Hearing on 2 Motions to Sell (Units 203 & 204). 21 @ .49 = $10.49 | 1.00 | $0.00 | $0.00 |
| CG | 05/03/2016 | UPS Overnight Mail to Keane & Macdonald PC for real estate closing of Units 201 and 202, Seabrook Common South, 920 Lafayette Rd, Seabrook NH | 1.00 | $23.48 | $23.48 |
| CG | 05/11/2016 | UPS Overnight - to Gail Karlen at TD Bank with net proceeds from sale of Unit 205, 920 Lafayette Road, Seabrook NH | 1.00 | $23.48 | $23.48 |
| CG | 05/16/2016 | UPS OVERNIGHT MAIL - TO LAUR DEETZ AT KEANE & MACDONALD RE EXECUTED SUBORDINATION AGREEMENTS AND 1099-S FOR SALE OF UNIT 205, 920 LAFAYETTE ROAD, SEABROOK NH | 1.00 | $23.48 | $23.48 |
| CG | 05/18/2016 | UPS OVERNIGHT PACKAGE TO GAIL KARLEN AT TD BANK RE PROCEEDS FROM CLOSING TO BE APPLIED TOWARD MORTGAGE. | 1.00 | $23.48 | $23.48 |
| CG | 05/18/2016 | UPS OVERNIGHT PACKAGE TO LAURA DEETZ AT KEANE & MACDONALD RE CLOSING DOCUMENTS. | 1.00 | $23.48 | $23.48 |
| CG | 05/19/2016 | USBC NH COURT FEE FOR CERTIFIED COPY OF (2) SALE ORDERS FOR UNITS 203 & 204, 920 LAFAYETTE ROAD, SEABROOK, NH | 1.00 | $30.50 | $30.50 |
| CG | 05/24/2016 | OVERNIGHT MAIL - UPS - CLOSING DOCUMENTS RE UNIT 204 TO ATTORNEY JOSEPH BOULANGER FOR MAY 25TH CLOSING. | 1.00 | $23.48 | $23.48 |
| CG | 05/25/2016 | UPS OVERNIGHT MAIL TO SUSAN CURLEY AT RANSMEIER & SPELLMAN RE CLOSING DOCUMENTS FOR UNIT 203. | 1.00 | $23.48 | $23.48 |
| | | | | **Expenses Subtotal** | **$293.54** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Cheryl Guerette | 2.3 | $125.00 | $287.50 |
| Deborah Notinger | 104.6 | $310.00 | $32,426.00 |
| Steven Notinger | 21.2 | $310.00 | $6,572.00 |
| | | **Quantity Total** | **128.1** |
| | | **Subtotal** | **$39,579.04** |

| | Total | $39,579.04 |
|---|---|---|

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 32 | 06/07/2016 | $39,579.04 | $0.00 | $39,579.04 |
| | | | **Outstanding Balance** | **$39,579.04** |
| | | | **Total Amount Outstanding** | **$39,579.04** |

Please make all amounts payable to: Notinger Law, PLLC

Payment is due upon receipt.