# Duane A. D'Agnese & Company, P.A.
### 132 Portsmouth Street
### Concord, NH 03301
### (603)731-9591

Steven M. Notinger, Esq.
Notinger Law, PLLC
7A Taggart Drive
Nashua, NH  03060

Re:   Bankrupt Estate of M & K Complex, LLP

Date   April 3, 2-17

**Services Rendered:**

| Date | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| 06/07/16 | Receive & review from debtor's CPA Don Bell information regarding assets Of the debtors to be sold. (DAD) | 04.00 | 200.00 | 800.00 |
| 06/12/16 | Calculate estimated tax on potential Sale and email to SN. (DAD) | 01.50 | 200.00 | 300.00 |
| 08/30/16 | Receive and review debtors bookkeeping Records for 2014 through 2016 and email To SN regarding questions and info needed. (DAD) | 02.50 | 200.00 | 500.00 |
| 08/30/16 | Begin 2015 tax accounting and preparation Of tax accounting work papers (c/r & C/D Accounting for TD bank accounts. (DAD) | 03.50 | 200.00 | 700.00 |
| 08/31/16 | Continue 2015 income tax accounting. (DAD) | 03.50 | 200.00 | 700.00 |
| 09/01/16 | Continue 2015 income tax accounting,(DAD) | 03.00 | 200.00 | 600.00 |
| 09/02/16 | Review and prepare 2016 C/R and C/D from Form 2. Review if 4 sale documents. (DAD) | 05.50 | 200.00 | 1,100.00 |
| 09/03/16 | Continue reviewing debtors accounting regarding questionable items. (DAD) | 02.75 | 200.00 | 550.00 |

M & K Complex, LLP
April 3.2017
Page 2 of 2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/06/16 | Tel. con with SN regarding Travelers Insurance. (DAD) | 00.50 | 200.00 | 100.00 |
| 09/06/16 | Accounting for Travelers insurance Proceeds received & calculation of its Effect on net income. (DAD) | 02.00 | 200.00 | 400.00 |
| 09/08/16 | Complete 2015 income tax accounting & Tax accounting work papers. (DAD) | 02.50 | 200.00 | 500.00 |
| 09/08/16 | Prepare 2015 Federal and NH State Income tax returns. (DAD) | 05.00 | 200.00 | 1,000.00 |
| 03/22/17 | Review and complete transactions from Trustees Form 2 for C/R and C/D for the The year 2016. Review of TD bank payments. (DAD) | 04.00 | 200.00 | 800.00 |
| 03/24/17 | Begin preparation of 2016 income tax work Papers including WTB for 2016. (DAD) | 05.00 | 200.00 | 1,000.00 |
| 03/27/17 | Receive and 1st review of TD Bank's loan History listings. (DAD) | 04.50 | 200.00 | 900.00 |
| 03/30/17 | Computation of 2016 estimated income taxes and meeting with SN. (DAD | 6.50 | 200.00 | 1,300.00 |
| 03/31/17 | Complete income tax accounting and Income tax work papers including 2016 WTB. (DAD) | 05.50 | 200.00 | 1,100.00 |
| 04/01/17 | Begin preparation of Federal and State NH tax returns. (DAD) | 05.50 | 200.00 | 1,100.00 |
| 04/02/17 | Complete preparation of Federal and | 04.00 | 200.00 | 800.00 |
| 04/03/17 | Preparation of first and final fee application. (DAD) | 01.50 | 200.00 | 300.00 |
| | Estimated services regarding Debtor's 2016 K-1' Forms. (DAD) | 01.00 | 200.00 | 200.00 |
| **TOTALS** | | **73.75** | | **$ 14,750.00** |