

# INVOICE

Invoice # 102
Date: 06/09/2017
Due Upon Receipt

## Notinger Law, PLLC

7A Taggart Drive
Nashua, NEW HAMPSHIRE (NH) 03060
United States

M&K Complex, LP

### 00039-Notinger- M&K COMPLEX - COUNSEL TO TRUSTEE

### M&K COMPLEX - COUNSEL TO TRUSTEE

**Services**

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| SN | 06/29/2016 | ATTENDANCE AT INTERIM FEE HEARING | 1.50 | $310.00 | $465.00 |
| DN | 07/11/2016 | REVIEW CLAIMS & PRIOR AGREEMENTS WITH WIFE AND BANK; DRAFT & FILE OBJECTIONS TO CLAIMS FOR TRUSTEE; DETAILED E-MAIL TO NANCY MICHELS RE: OBJECTION TO CLAIM AND PROPOSED INTERIM DISTRIBUTION OF NOTE TO CAROL JOHNSON | 2.00 | $310.00 | $620.00 |
| DN | 07/19/2016 | REVIEW FILE; DRAFT & CIRCULATE TO TRUSTEE MOTION FOR INTERIM DISTRIBUTION | 2.00 | $310.00 | $620.00 |
| DN | 07/20/2016 | DRAFT & CIRCULATE TO TRUSTEE PROPOSED ORDER ON INTERIM DISTRIBUTION | 0.50 | $310.00 | $155.00 |
| DN | 08/17/2016 | CONF. W/ TRUSTEE'; E-MAIL TO UST TO REQUEST UPDATE ON APPROVAL OF INTERIM DISTRIBUTION | 0.20 | $310.00 | $62.00 |
| DN | 08/18/2016 | CONF. W/ SMN; DRAFT & CIRCULATE ALLONGE TO NOTE TO JONATHAN PARKER & COUNSEL TO FIX TERM IN NOTE | 1.00 | $310.00 | $310.00 |
| DN | 08/18/2016 | REVIEW E-MAIL FROM UST APPROVING INTERIM DISTRIBUTION | 0.10 | $310.00 | $31.00 |
| DN | 09/28/2016 | PREP FOR AND ATTEND HEARING ON INTERIM DISTRIBUTION; CONF. W/ NANCY MICHELS ON STATUS OF CASE | 1.00 | $310.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| DN | 09/29/2016 | REVIEW REGISTRY OF DEEDS RECORDS; DRAFT & CIRCULATE ASSIGNMENT OF MORTGAGE; E-MAIL TO JONATHAN PARKER TO REQUEST ORIGINAL ALLONGE & CONFIRM ASSIGNMENT COMING SOON; E-MAIL TO COURT CLERK RE: ORDER | 1.00 | $310.00 | $310.00 |
| DN | 09/30/2016 | REVISE ASSIGNMENT; E-MAIL EXCHANGE W/ NANCY MICHELS RE: SAME; E-MAIL EXCHANGE W/ COURT CLERK TO OBTAIN CERTIFIED COPY OF COURT ORDER | 0.60 | $310.00 | $186.00 |
| DN | 01/04/2017 | DETAILED E-MAIL TO JON PARKER REQUESTING THAT HE EXECUTE ALLONGE TO NOTE FIXING THE TERM; RESEND ALLONGE | 0.40 | $310.00 | $124.00 |
| DN | 01/05/2017 | REVIEW E-MAIL FROM CAROL JOHNSON'S ATTY RE: ASSIGNMENT OF NOTE & MORTGAGE & OBTAINING ALLONGE BEFORE THAT | 0.20 | $310.00 | $62.00 |
| DN | 01/10/2017 | REVIEW FILE; SEND COPY OF LOAN DOCS TO NANCY MICHELS FOR HER REVIEW | 0.20 | $310.00 | $62.00 |
| SN | 02/07/2017 | DRAFTED 2004 EXAM OF LENDER | 1.00 | $310.00 | $310.00 |
| DN | 03/06/2017 | PREPARE OBJECTION TO MFR; TC TO INSURANCE CO. TO FIND OUT CLAIM NO.; CIRCULATE TO TRUSTEE; PREPARE & FILE OBJECTION & TRUSTEE'S PROPOSED ORDER | 1.50 | $310.00 | $465.00 |
| DN | 03/07/2017 | E-MAIL EXCHANGE W/ KEVIN CHISOLM ON WORKING OUT RELIEF ISSUES | 0.50 | $310.00 | $155.00 |
| DN | 03/09/2017 | CONFERENCE W/ DUANE D'AGNESE ON WHAT IS NEEDED FOR TAX RETURN & FILING FOR 2004 EXAM OF TD BANK | 0.50 | $310.00 | $155.00 |
| DN | 03/10/2017 | REVISE & FILE MOTION FOR 2004 EXAM OF TD BANK FOR ACCOUNTING RECORDS OF INSURANCE PROCEEDS; REVIEW OBJECTION OF NANCY MICHELS TO CHOP SHOP MFR | 1.30 | $310.00 | $403.00 |
| DN | 03/13/2017 | TC WITH TIM BRITAIN ON 2004 REQUEST AND WHAT WE ARE LOOKING FOR FROM TD BANK; CONF. W/ SMN. | 0.30 | $310.00 | $93.00 |
| DN | 03/16/2017 | E-MAIL EXCHANGE W/ CHOP SHOP ATTY & CAROL JOHNSON ATTY ON AGREEABLE ORDER ON MOTION FOR RELIEF | 0.50 | $310.00 | $155.00 |
| DN | 03/16/2017 | FINALIZE & HAVE TRUSTEE SIGN ASSIGNMENT OF MORTGAGE TO CAROL JOHNSON; RECORD AT ROCKINGHAM COUNTY REGISTRY OF DEEDS | 0.50 | $310.00 | $155.00 |
| DN | 03/21/2017 | CREATE ENDORSEMENTS OF NOTE & MORTGAGE ON GYM & OTHER LOAN DOCS FROM TRUSTEE TO CAROL JOHNSON & GET TRUSTEE TO SIGN; | 1.00 | $310.00 | $310.00 |

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | DETAILED LTR. TO COUNSEL FOR CAROL JOHNSON WITH ASSIGNED LOAN DOCS | | | |
| DN | 03/22/2017 | ATTEND HEARING ON CHOP SHOP MOTION FOR RELIEF | 0.80 | $310.00 | $248.00 |
| DN | 04/05/2017 | MEET WITH ACCOUNTANT TO GO OVER TAX RETURN (APPROX. $300K GAIN ON SALE OF CONDOS FOR PASS-THRU ENTITY) | 0.50 | $310.00 | $155.00 |
| DN | 04/10/2017 | E-MAIL TO PARALEGAL TO CIRCULATE TAX RETURNS TO DEBTOR'S PRINCIPAL | 0.20 | $310.00 | $62.00 |
| DN | 05/30/2017 | REVIEW APPLICATION FOR ADMIN EXPENSE FROM STATE; CONF.W/ SMN RE: SAME | 0.20 | $310.00 | $62.00 |
| DN | 06/08/2017 | E-MAIL EXCHANGE W/ ACCOUNTANT RE: FEE APP; REVISE FEE APP FOR ACCOUNTANT; CONF. W/ SMN | 2.00 | $310.00 | $620.00 |
| DN | 06/09/2017 | FILE D'AGNESE FEE APP.; WORK ON NOTINGER LAW FINAL FEE APP; FINALIZE & FILE NOTINGER LAW FEE APP | 6.00 | $310.00 | $1,860.00 |
| | | | **Quantity Subtotal** | | **27.5** |
| | | | **Services Subtotal** | | **$8,525.00** |

**Expenses**

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| CG | 06/09/2016 | POSTAGE - SERVICE OF NOTICE OF CONTINGENT HEARING ON APPLICATION TO APPROVE EMPLOYMENT OF ACCOUNTANT. 8 X .49 -= 3,92 | 1.00 | $3.92 | $3.92 |
| CG | 06/09/2016 | PHOTOCOPIES - SERVICE OF NOTICE OF CONTINGENT HEARING ON APPLICATION TO APPROVE EMPLOYMENT OF ACCOUNTANT. 8 X .10 = .80 | 1.00 | $0.80 | $0.80 |
| CG | 08/30/2016 | PHOTOCOPIES - SERVICE OF NOTICE OF INTERIM DISTIBUTION MOTION | 1.00 | $0.80 | $0.80 |
| CG | 08/30/2016 | POSTAGE - SERVICE OF NOTICE OF INTERIM DISTRIBUTION, .47x8 | 1.00 | $3.76 | $3.76 |
| CG | 10/06/2016 | COURT FEE FOR CERTIFIED ORDER ON TRUSTEE'S MOTION FOR PERMISSION TO MAKE FIRST INTERIM DISTRIBUTION AND ALLOW APPLICATION FOR TRUSTEE COMMISSION | 1.00 | $12.00 | $12.00 |
| CG | 03/16/2017 | RECORDING FEE - ROCKINGHAM COUNTY REGISTRY OF DEEDS - RECORD ASSIGNMENT OF MORTGAGE, SECURITY AGREEMENT AND | 1.00 | $32.98 | $32.98 |

| | | | | | |
|---|---|---|---|---|---|
| | | FIXTURE FILING AND NOTE TO CAROL S. JOHNSON | | | |
| CG | 03/21/2017 | POSTAGE - LETTER WITH ORIGINAL LOAN DOCUMENTS TO ATTORNEY NANCY MICHELS FOR CAROL A. JOHNSON | 1.00 | $2.24 | $2.24 |
| | | | **Expenses Subtotal** | | **$56.50** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Deborah Notinger | 25.0 | $310.00 | $7,750.00 |
| Steven Notinger | 2.5 | $310.00 | $775.00 |
| | **Quantity Total** | | **27.5** |
| | | **Subtotal** | **$8,581.50** |
| | | **Total** | **$8,581.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 32 | 06/07/2016 | $39,579.04 | $31,293.54 | $8,285.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 102 | 06/09/2017 | $8,581.50 | $0.00 | $8,581.50 |
| | | | **Outstanding Balance** | **$16,867.00** |
| | | | **Total Amount Outstanding** | **$16,867.00** |

Please make all amounts payable to: Notinger Law, PLLC

Payment is due upon receipt.