Steven M. Notinger
Notinger Law, P.L.L.C.
7A Taggart Drive
Nashua, NH  03060
(603) 417-2158
   Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: M&K COMPLEX, A LIMITED PARTNERSHIP | § | Case No. 15-11855-BAH |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Steven M. Notinger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,185,500.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,514,793.44    Claims Discharged
                     Without Payment: N/A

Total Expenses of Administration: $312,702.76

---

  3) Total gross receipts of $ 2,827,496.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,827,496.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,170,248.60 | $1,952,774.55 | $1,952,774.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 350,183.36 | 350,183.36 | 312,702.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 22,733.37 | 2,514.21 | 1,625.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,604,332.95 | 1,604,332.95 | 560,393.53 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,147,498.28 | $3,909,805.07 | $2,827,496.20 |

4) This case was originally filed under Chapter 7 on December 02, 2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/28/2017          By: /s/Steven M. Notinger
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Revolving Checking Account Account at Revolving | 1129-000 | 31,537.96 |
| Rents | 1122-000 | 67,283.56 |
| Units 103 & 104, 920 Lafayette Rd, Seabrook NH | 1110-000 | 300,000.00 |
| Units 201 & 202, 920 Lafayette Road, Seabrook NH | 1110-000 | 400,000.00 |
| Unit 205, 920 Lafayette Road, Seabrook, NH | 1110-000 | 1,600,000.00 |
| Unit 203, 920 Lafayette Road, Seabrook NH | 1110-000 | 325,076.79 |
| Unit 204, 920 Lafayette Road, Seabrook NH | 1110-000 | 100,000.00 |
| Remaining Funds from Tax Escrow Account | 1290-000 | 20.89 |
| Unit 205 Mortgage by Fourth & Goal/Parker | 1110-000 | 3,577.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,827,496.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | TD Bank, N.A. | 4110-000 | N/A | 2,078,173.60 | 1,952,774.55 | 1,952,774.55 |
| 3S | Carol A. Johnson | 4110-000 | N/A | 1,092,075.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,170,248.60** | **$1,952,774.55** | **$1,952,774.55** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Steven M. Notinger | 2100-000 | N/A | 108,074.89 | 108,074.89 | 86,000.00 |
| Trustee Expenses - Steven M. Notinger | 2200-000 | N/A | 59.11 | 59.11 | 59.11 |
| Other - Duane A. D'Agnese & Company, P.A. | 3420-000 | N/A | 15,300.00 | 15,300.00 | 0.00 |
| Other - International Sureties, LTD | 2300-000 | N/A | 84.39 | 84.39 | 84.39 |
| Other - STATE OF NEW HAMPSHIRE | 2820-000 | N/A | 1,069.00 | 1,069.00 | 1,069.00 |
| Other - Nhew Hampshire Department of Revenue Administration | 2820-000 | N/A | 105.71 | 105.71 | 0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - | 2700-000 | N/A | 880.00 | 880.00 | 880.00 |
| Attorney for Trustee Fees (Trustee Firm) - NOTINGER LAW PLLC | 3110-000 | N/A | 47,810.50 | 47,810.50 | 47,810.50 |
| Attorney for Trustee Expenses (Trustee Firm) - NOTINGER LAW PLLC | 3120-000 | N/A | 350.04 | 350.04 | 350.04 |
| Other - IPFS Corporation | 2420-750 | N/A | 1,163.07 | 1,163.07 | 1,163.07 |
| Other - Scott Blood Excavation, LLC | 2420-000 | N/A | 2,442.50 | 2,442.50 | 2,442.50 |
| Other - Lamprey Energy Inc. | 2420-000 | N/A | 345.77 | 345.77 | 345.77 |
| Other - Cote Plumbing & Heating Inc. | 2420-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other - Town of Seabrook | 2420-000 | N/A | 92.06 | 92.06 | 92.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.86 | 55.86 | 55.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.20 | 168.20 | 168.20 |
| Other - IPFS Corporation | 2990-000 | N/A | 1,284.37 | 1,284.37 | 1,284.37 |
| Other - Scott Blood Excavation, LLC | 2990-000 | N/A | 2,735.00 | 2,735.00 | 2,735.00 |
| Other - Lamprey Energy Inc. | 2420-000 | N/A | 71.29 | 71.29 | 71.29 |
| Other - Unitil | 2420-000 | N/A | 126.11 | 126.11 | 126.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 116.78 | 116.78 | 116.78 |
| Other - Unitil | 2420-000 | N/A | 92.25 | 92.25 | 92.25 |
| Other - Town of Seabrook | 2420-000 | N/A | 30.00 | 30.00 | 30.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 436.05 | 436.05 | 436.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 716.29 | 716.29 | 716.29 |
| Other - Unit 3 12/01/15 taxes | 2820-000 | N/A | 1,570.01 | 1,570.01 | 1,570.01 |
| Other - Unit 4 - 12/01/16 taxes | 2820-000 | N/A | 3,680.02 | 3,680.02 | 3,680.02 |
| Other - Seller Recording Charges - Order | 2500-000 | N/A | 45.20 | 45.20 | 45.20 |
| Other - Seller Tax Stamps | 2820-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Other - Broker Commission | 3510-000 | N/A | 18,000.00 | 18,000.00 | 18,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Keane & Macdonald, P.C. | 2500-000 | N/A | 27,000.00 | 27,000.00 | 27,000.00 |
| Other - Keane & Macdonald, P.C. | 2820-000 | N/A | 1,865.90 | 1,865.90 | 1,865.90 |
| Other - Keane & Macdonald, P.C. | 2820-000 | N/A | 2,286.15 | 2,286.15 | 2,286.15 |
| Other - Keane & Macdonald, P.C. | 2500-000 | N/A | 74.38 | 74.38 | 74.38 |
| Other - Keane & Macdonald, P.C. | 2500-000 | N/A | 31.08 | 31.08 | 31.08 |
| Other - Keane & Macdonald, P.C. | 2820-000 | N/A | 347.03 | 347.03 | 347.03 |
| Other - Keane & Macdonald, P.C. | 2820-000 | N/A | 428.25 | 428.25 | 428.25 |
| Other - Keane & MacDonald PC/Eastern Bank | 2500-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| Other - Keane & MacDonald PC/Eastern Bank | 2820-000 | N/A | 15,091.81 | 15,091.81 | 15,091.81 |
| Other - Keane & MacDonald PC/Eastern Bank | 2420-000 | N/A | 163.39 | 163.39 | 163.39 |
| Other - Keane & MacDonald PC/Eastern Bank | 2820-000 | N/A | 3,160.82 | 3,160.82 | 3,160.82 |
| Other - Aristea Properties, LLC | 2500-000 | N/A | 2,478.65 | 2,478.65 | 2,478.65 |
| Other - Aristea Properties, LLC | 3510-000 | N/A | 19,500.00 | 19,500.00 | 19,500.00 |
| Other - Aristea Properties, LLC | 2420-000 | N/A | 228.75 | 228.75 | 228.75 |
| Other - Aristea Properties, LLC | 2820-000 | N/A | 1,216.62 | 1,216.62 | 1,216.62 |
| Other - Aristea Properties, LLC | 2820-000 | N/A | 4,148.90 | 4,148.90 | 4,148.90 |
| Other - Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | 2500-000 | N/A | 1,795.19 | 1,795.19 | 1,795.19 |
| Other - Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | 2500-000 | N/A | 338.73 | 338.73 | 338.73 |
| Other - Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | 2420-000 | N/A | 46.79 | 46.79 | 46.79 |
| Other - Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | 3510-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Other - Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | 2820-000 | N/A | 2,620.79 | 2,620.79 | 2,620.79 |
| Other - Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | 2820-000 | N/A | 700.67 | 700.67 | 700.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 337.93 | 337.93 | 337.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 384.60 | 384.60 | 384.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 349.75 | 349.75 | 349.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 219.29 | 219.29 | 219.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 241.66 | 241.66 | 241.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 226.19 | 226.19 | 226.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 241.54 | 241.54 | 241.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 211.06 | 211.06 | 211.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 233.36 | 233.36 | 233.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 209.15 | 209.15 | 209.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 244.86 | 244.86 | 244.86 |
| Trustee Compensation - Steven M. Notinger | 2100-000 | N/A | 22,074.89 | 22,074.89 | 22,074.89 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Duane A. D'Agnese & Company, P.A. | 3420-000 | N/A | 15,300.00 | 15,300.00 | 15,300.00 |
| Other - Nhew Hampshire Department of Revenue Administration | 2820-000 | N/A | 105.71 | 105.71 | 105.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $350,183.36 | $350,183.36 | $312,702.76 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | New Hampshire Department of Revenue Administration | 5800-000 | N/A | 1,625.36 | 1,625.36 | 736.51 |
| 3P | Carol A. Johnson | 5800-000 | N/A | 20,219.16 | 0.00 | 0.00 |
| | New Hampshire Department of Revenue Administration | 5800-000 | N/A | 888.85 | 888.85 | 888.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $22,733.37 | $2,514.21 | $1,625.36 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3U | Carol A. Johnson | 7100-000 | N/A | 1,505,096.17 | 1,505,096.17 | 461,156.75 |
| | Carol A. Johnson | 7100-000 | N/A | 99,236.78 | 99,236.78 | 99,236.78 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,604,332.95 | $1,604,332.95 | $560,393.53 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-11855-BAH  **Trustee:** (490050) Steven M. Notinger
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP  **Filed (f) or Converted (c):** 12/02/15 (f)
**§341(a) Meeting Date:** 12/29/15
**Period Ending:** 11/28/17  **Claims Bar Date:** 03/28/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Revolving Checking Account Account at Revolving  Imported from original petition Doc# 16 | 0.00 | 0.00 | | 31,537.96 | FA |
| 2 | A/R 90 days old or less. Face amount = $18800. D  Imported from original petition Doc# 16 | 18,800.00 | 18,800.00 | | 0.00 | FA |
| 3 | VOID  Imported from original petition Doc# 16  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 920 Lafayette Road, Units 1, 2, 3, 4 and 5 of th  Imported from original petition Doc# 16 | 4,166,700.00 | 0.00 | | 0.00 | FA |
| 5 | Rents | 51,000.00 | 51,000.00 | | 67,283.56 | FA |
| 6 | Units 103 & 104, 920 Lafayette Rd, Seabrook NH | 300,000.00 | 0.00 | | 300,000.00 | FA |
| 7 | Units 201 & 202, 920 Lafayette Road, Seabrook NH | 400,000.00 | 400,000.00 | | 400,000.00 | FA |
| 8 | Unit 205, 920 Lafayette Road, Seabrook, NH | 1,600,000.00 | 1,600,000.00 | | 1,600,000.00 | FA |
| 9 | Unit 203, 920 Lafayette Road, Seabrook NH | 325,000.00 | 325,000.00 | | 325,076.79 | FA |
| 10 | Unit 204, 920 Lafayette Road, Seabrook NH  Proceeds from sale of Unit 204 to WN1 LLC pursuant to Order (Doc. 107) dated April 28, 2016 | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| 11 | Remaining Funds from Tax Escrow Account (u) | 20.89 | 20.89 | | 20.89 | FA |
| 12 | Unit 205 Mortgage by Fourth & Goal/Parker | 130,000.00 | 0.00 | | 3,577.00 | FA |
| 12 Assets | Totals (Excluding unknown values) | **$7,091,520.89** | **$2,494,820.89** | | **$2,827,496.20** | **$0.00** |

RE PROP# 3    ASSET 3 (VALUATION METHOD $55.10 VOIDED)

**Major Activities Affecting Case Closing:**

06/14/17 - TFR submitted to UST - 2017 taxes will need to be prepared by Duane D'Agnese (hold $550 in reserve)

04/27/17 - Taxes were filed - ready for objections to claims and TFR.

04/11/17 - NH DRA does not have check - stop payment and re-issue.

Printed: 11/28/2017 12:46 PM    V.13.30

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 15-11855-BAH | **Trustee:** | (490050) | Steven M. Notinger |
| --- | --- | --- | --- | --- |
| **Case Name:** | M&K COMPLEX, A LIMITED PARTNERSHIP | **Filed (f) or Converted (c):** | 12/02/15 (f) | |
| | | **§341(a) Meeting Date:** | 12/29/15 | |
| **Period Ending:** | 11/28/17 | **Claims Bar Date:** | 03/28/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/03/17 - Called Shaun Thomas at NH DRA - Legal to follow-up on uncashed check; left vm

05/17/16 - Unit 202 - Prorated rents for May 2016 (property was sold 5/6/16) were offset by a bill for repair to the hearing system (MacKenzie Hearing & Cooling)

01/20/16 - Debtor advises that it has potential buyers for property and that sale proceeds will satisfy first mortgage holder TD Bank. Debtor will send signed P&S to Trustee upon receipt. Broker (Patti Visconti of Masiello) must be employed. Debtor to turn over $35,0000 currently in checking as well as any other incoming funds and and any bills for operating.

**Initial Projected Date Of Final Report (TFR):**  September 30, 2016    **Current Projected Date Of Final Report (TFR):**  June 14, 2017  (Actual)

Printed: 11/28/2017 12:46 PM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-11855-BAH  
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP  
**Taxpayer ID #:** **-***2736  
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $18,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/26/16 | {1} | M K COMPLEX LP | Balance of checking account | 1129-000 | 31,500.00 | | 31,500.00 |
| 02/11/16 | {5} | M K COMPLEX LP | Rent Receivables for February 2016 | 1122-000 | 17,000.00 | | 48,500.00 |
| 02/22/16 | 101 | IPFS Corporation | Insurance on premises | 2420-750 | | 1,163.07 | 47,336.93 |
| 02/22/16 | 102 | Scott Blood Excavation, LLC | Snow Plowing of premises | 2420-000 | | 2,442.50 | 44,894.43 |
| 02/24/16 | 103 | Lamprey Energy Inc. | Propane - Invoice 10477 | 2420-000 | | 345.77 | 44,548.66 |
| 02/24/16 | 104 | Cote Plumbing & Heating Inc. | Invoice 13895 | 2420-000 | | 125.00 | 44,423.66 |
| 02/24/16 | 105 | Town of Seabrook | Water Bills | 2420-000 | | 92.06 | 44,331.60 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.86 | 44,275.74 |
| 03/10/16 | {1} | M K COMPLEX LP | Remainder of funds in checking account | 1129-000 | 37.96 | | 44,313.70 |
| 03/10/16 | {5} | Bikes and Vets Inc. | Rent February 2016 | 1122-000 | 400.00 | | 44,713.70 |
| 03/10/16 | {5} | Chop Shop Pub and Grub | Rent February 2016 | 1122-000 | 500.00 | | 45,213.70 |
| 03/10/16 | {5} | John Fitzgerald | Rent | 1122-000 | 1,500.00 | | 46,713.70 |
| 03/10/16 | {5} | NOSWAR LLC dba Linda's Breakfast | Rent February 2016 | 1122-000 | 1,900.00 | | 48,613.70 |
| 03/10/16 | {5} | Chop Shop Pub and Grub | Rent March 2016 | 1122-000 | 2,000.00 | | 50,613.70 |
| 03/10/16 | {8} | Peak Performance Day LLC | Deposit for Sale of Unit 205 | 1110-000 | 10,000.00 | | 60,613.70 |
| 03/10/16 | {5} | Peak Performance Day LLC | Rent March 2016 | 1122-000 | 13,500.00 | | 74,113.70 |
| 03/25/16 | | Lampert, Hausler & Rodman P.C. | Proceeds from Sale of Units 203 & 204, 920 Lafayette Rd, Seabrook NH | | 274,454.77 | | 348,568.47 |
| | {6} | Gross Sales Price | Gross Sales Price                    300,000.00 | 1110-000 | | | 348,568.47 |
| | | Unit 3 12/01/15 taxes | Unit 3 12/01/15 Taxes               -1,570.01 | 2820-000 | | | 348,568.47 |
| | | Unit 4 - 12/01/16 taxes | Unit 4 - 12/01/16 taxes              -3,680.02 | 2820-000 | | | 348,568.47 |
| | | Seller Recording Charges - Order | Seller Recording                          -45.20  Charges - Order | 2500-000 | | | 348,568.47 |
| | | Seller Tax Stamps | Seller Tax Stamps                   -2,250.00 | 2820-000 | | | 348,568.47 |
| | | Broker Commission | Broker Commission                  -18,000.00 | 3510-000 | | | 348,568.47 |
| 03/28/16 | 106 | TD Bank NA | Proceeds from sale of Units 103 & 104, 920 Lafayette Road, Seabrook NH | 4110-000 | | 274,454.77 | 74,113.70 |
| 03/30/16 | 107 | Notinger Law, P.L.L.C. | Filing Fees paid for 5 Motions to Sell @ 176.00 each  Voided on 03/31/16 | 2700-000 | | 880.00 | 73,233.70 |
| 03/31/16 | 107 | Notinger Law, P.L.L.C. | Filing Fees paid for 5 Motions to Sell @ 176.00 each  Voided: check issued on 03/30/16 | 2700-000 | | -880.00 | 74,113.70 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.20 | 73,945.50 |
| 04/04/16 | {5} | Bikes and Vets Inc. | Rent March 2016 | 1122-000 | 900.00 | | 74,845.50 |
| 04/04/16 | {5} | NOSWAR LLC dba Linda's | Rent March 2016 | 1122-000 | 1,900.00 | | 76,745.50 |

Subtotals :             $355,592.73         $278,847.23

{} Asset reference(s)                                                                                           Printed: 11/28/2017 12:46 PM       V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-11855-BAH
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP
**Taxpayer ID #:** **-***2736
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $18,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Breakfast | | | | | |
| 04/04/16 | {7} | Mark E. Robinson | Deposit for Sale of Units 201 & 202, 920 Lafayette Road, Seabrook, NH | 1110-000 | 10,000.00 | | 86,745.50 |
| 04/04/16 | 108 | IPFS Corporation | Insurance on premises | 2990-000 | | 1,284.37 | 85,461.13 |
| 04/05/16 | 109 | Scott Blood Excavation, LLC | Snow Plowing of premises | 2990-000 | | 2,735.00 | 82,726.13 |
| 04/05/16 | 110 | Lamprey Energy Inc. | Propane - Invoice 10477 | 2420-000 | | 71.29 | 82,654.84 |
| 04/05/16 | 111 | Notinger Law, P.L.L.C. | Reimbursement for 5 Filing Fees paid to Bankruptcy Court for Motions to Sell | 2700-000 | | 880.00 | 81,774.84 |
| 04/05/16 | 112 | Unitil | Utilities | 2420-000 | | 126.11 | 81,648.73 |
| 04/11/16 | {5} | Bikes and Vets Inc. | Reversed Deposit 100011 1 Rent March 2016- Payee placed stop payment on this check | 1122-000 | -900.00 | | 80,748.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.78 | 80,631.95 |
| 05/03/16 | {5} | John Fitzgerald | April 2016 Rent | 1122-000 | 1,500.00 | | 82,131.95 |
| 05/03/16 | {5} | NOSWAR LLC dba Linda's Breakfast | Rent April 2016 | 1122-000 | 1,900.00 | | 84,031.95 |
| 05/03/16 | {5} | Chop Shop Pub and Grub | Rent April 2016 | 1122-000 | 2,000.00 | | 86,031.95 |
| 05/03/16 | {5} | Peak Performance Day LLC | Rent April 2016 | 1122-000 | 13,500.00 | | 99,531.95 |
| 05/09/16 | {5} | Bikes and Vets Inc. | Rent March and April 2016 | 1122-000 | 1,800.00 | | 101,331.95 |
| 05/09/16 | {7} | Keane & Macdonald, P.C. | Proceeds from Closing of Units 201 & 202, 920 Lafayette Road, Seabrook, NH to Kizzmo Realty, LLC | 1110-000 | 357,967.21 | | 459,299.16 |
| 05/10/16 | {5} | Peak Performance Day LLC | Rent May 2016 - Prorated due to sale of property on May 10, 2016 | 1122-000 | 4,383.56 | | 463,682.72 |
| 05/10/16 | | Keane & MacDonald PC/Eastern Bank | Wire - Net Closing Proceeds from Sale of Unit 205, 920 Lafayette Road, Seabrook, NH | | 1,429,583.98 | | 1,893,266.70 |
| | {8} | | Gross Sales Price           1,600,000.00 | 1110-000 | | | 1,893,266.70 |
| | {8} | | Excess Deposit              -10,000.00 | 1110-000 | | | 1,893,266.70 |
| | | | Settlement Charges to       -12,000.00 Seller | 2500-000 | | | 1,893,266.70 |
| | | | Seabrook Tax Collector      -15,091.81 | 2820-000 | | | 1,893,266.70 |
| | | | Seabrook Water Dept         -163.39 | 2420-000 | | | 1,893,266.70 |
| | | Carol A. Johnson | Seller Financed Third       -130,000.00 Mortgage | 7100-000 | | | 1,893,266.70 |
| | | | Seabrook Tax Collector      -3,160.82 04/01/16 - 05/10/16 | 2820-000 | | | 1,893,266.70 |
| 05/11/16 | 113 | TD Bank NA | Proceeds from sale of Unit 205, 920 Lafayette Road, Seabrook NH | 4110-000 | | 1,439,583.98 | 453,682.72 |
| 05/11/16 | {7} | Keane & Macdonald, P.C. | Reversed Deposit 100017 2 Proceeds from | 1110-000 | -357,967.21 | | 95,715.51 |

Subtotals :     $1,463,767.54     $1,444,797.53

{} Asset reference(s)

Printed: 11/28/2017 12:46 PM    V.13.30

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 15-11855-BAH  
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP  
**Taxpayer ID #:** **-***2736  
**Period Ending:** 11/28/17  

**Trustee:** Steven M. Notinger (490050)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $18,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Closing of Units 201 & 202, 920 Lafayette Road, Seabrook, NH to Kizzmo Realty, LLC | | | | |
| 05/16/16 | | Keane & Macdonald, P.C. | Proceeds from Closing of Units 201 & 202, 920 Lafayette Road, Seabrook, NH to Kizzmo Realty, LLC (replaced former check wher micr code was cut off) | | 357,967.21 | | 453,682.72 |
| | {7} | Gross Sales Price | Gross Sales Price          400,000.00 | 1110-000 | | | 453,682.72 |
| | {7} | Excess Deposit | Excess Deposit              -10,000.00 | 1110-000 | | | 453,682.72 |
| | | | Settlement Charges to      -27,000.00<br>Seller | 2500-000 | | | 453,682.72 |
| | | | Seabrook Tax Collector       -1,865.90 | 2820-000 | | | 453,682.72 |
| | | | Seabrook Tax Collector       -2,286.15 | 2820-000 | | | 453,682.72 |
| | | | Seabrook Water                   -74.38<br>Department | 2500-000 | | | 453,682.72 |
| | | | Seabrook Water                   -31.08<br>Department | 2500-000 | | | 453,682.72 |
| | | | City/Town Taxes                -347.03<br>04/01/16 - 05/06/16 | 2820-000 | | | 453,682.72 |
| | | | City/Town Taxes                -428.25<br>04/01/16 - 05/06/16 | 2820-000 | | | 453,682.72 |
| 05/18/16 | 114 | TD Bank NA | Proceeds from sale of Unit 201 & 202, 920 Lafayette Road, Seabrook NH | 4110-000 | | 238,735.80 | 214,946.92 |
| 05/19/16 | 115 | Carol A. Johnson | See Notice of First Accounting of Proceeds dated May 19, 2016. | 7100-000 | | 52,115.92 | 162,831.00 |
| 05/19/16 | 116 | Unitil | Utilities | 2420-000 | | 92.25 | 162,738.75 |
| 05/19/16 | 117 | Town of Seabrook | Water Bills | 2420-000 | | 30.00 | 162,708.75 |
| 05/23/16 | {5} | Chop Shop Pub and Grub | May 2016 Rent | 1122-000 | 2,000.00 | | 164,708.75 |
| 05/23/16 | {5} | John Fitzgerald | May 2016 Rent | 1122-000 | 1,500.00 | | 166,208.75 |
| 05/23/16 | {5} | John Fitzgerald | Reversed Deposit Rev. 8  Reversed Deposit 100020 2 May 2016 Rent | 1122-000 | 1,500.00 | | 167,708.75 |
| 05/23/16 | {5} | John Fitzgerald | Reversed Deposit 100020 2 May 2016 Rent | 1122-000 | -1,500.00 | | 166,208.75 |
| 05/26/16 | | Attorney Joseph E. Boulanger IOLTA Acct for WN1 LLC | Sale of Unit 204 at 920 Lafayette Road, Seabrook NH to WN1 LLC pursuant to Order (Doc. 107) on April 28, 2016. | | 89,497.83 | | 255,706.58 |
| | {10} | | Gross Sales Price          100,000.00 | 1110-000 | | | 255,706.58 |
| | | | Settlement Charges to       -1,795.19<br>Seller | 2500-000 | | | 255,706.58 |
| | | | Rent Adjustment                -338.73 | 2500-000 | | | 255,706.58 |

Subtotals :         $450,965.04        $290,973.97

{} Asset reference(s)                                                                                      Printed: 11/28/2017 12:46 PM     V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-11855-BAH
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP
**Taxpayer ID #:** **-***2736
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $18,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 05/25/16 - 05/31/16 | | | | | |
| | | | Final Water | -46.79 | 2420-000 | | | 255,706.58 |
| | | | Amount of Deposit Retained by Broker | -5,000.00 | 3510-000 | | | 255,706.58 |
| | | | Seabrook Tax Collector | -2,620.79 | 2820-000 | | | 255,706.58 |
| | | | Town of Seabrook Tax Collector 04/01/16 - 05/25/16 | -700.67 | 2820-000 | | | 255,706.58 |
| 05/31/16 | {9} | The Masiello Group Escrow Account | Proceeds from sale of Unit 203, 920 Lafayette Road, Seabrook, NH pursuant to Court Order (Doc. 106) dated April 28, 2016 (representing buyer's deposit. | | 1110-000 | 10,500.00 | | 266,206.58 |
| 05/31/16 | | Aristea Properties, LLC | Proceeds from sale of property located at Unit 203, 920 Lafayette Road, Seabrook NH to Aristea Properties, LLC pursuant to Order (Doc. 106) dated April 28, 2016 | | | 286,927.08 | | 553,133.66 |
| | {9} | | Gross Amount of Sale | 325,000.00 | 1110-000 | | | 553,133.66 |
| | {9} | | Excess Deposit | -10,500.00 | 1110-000 | | | 553,133.66 |
| | | | Settlement Charges to Seller | -2,478.65 | 2500-000 | | | 553,133.66 |
| | | | Deposit Retained by Broker | -19,500.00 | 3510-000 | | | 553,133.66 |
| | | | Town of Seabrook Water Department | -228.75 | 2420-000 | | | 553,133.66 |
| | | | Town of Seabrook Tax Collector 04/01/16 - 05/28/16 | -1,216.62 | 2820-000 | | | 553,133.66 |
| | | | Town of Seabrook Tax Collector 2015 Taxes | -4,148.90 | 2820-000 | | | 553,133.66 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 436.05 | 552,697.61 |
| 06/07/16 | {11} | TD Bank | Refund from escrow account for taxes on property | | 1290-000 | 20.89 | | 552,718.50 |
| 06/16/16 | 118 | Carol A. Johnson | See Notice of Second Accounting of Proceeds dated June 16, 2016. Voided on 06/16/16 | | 4110-000 | | 279,040.83 | 273,677.67 |
| 06/16/16 | 118 | Carol A. Johnson | See Notice of Second Accounting of Proceeds dated June 16, 2016. Voided: check issued on 06/16/16 | | 4110-000 | | -279,040.83 | 552,718.50 |
| 06/16/16 | 119 | Carol A. Johnson | See Notice of Second Accounting of Proceeds | | 7100-000 | | 279,040.83 | 273,677.67 |

Subtotals: $297,447.97  $279,476.88

{} Asset reference(s)

Printed: 11/28/2017 12:46 PM  V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-11855-BAH
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP
**Taxpayer ID #:** **-***2736
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $18,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | dated June 16, 2016. | | | | |
| 06/22/16 | {9} | Ransmeier & Spellman IOLTA Account | Refund of overpayment of water bill relative to sale of Unit 203, 920 Lafayette Road, Seabrook, NH | 1110-000 | 76.79 | | 273,754.46 |
| 06/22/16 | {12} | Peak Performance Day LLC | 1st installment payment toward mortgage/promissory note executed by Fourth & Goal Realty Holding, LLC and Jonathan A. Parker Manager on Unit 205.aka Unit 5, Seabrook Common Condominium South, 920 Lafayette Road, Seabrook, NH 03874~Mortgage Amount: $130, | 1110-000 | 894.25 | | 274,648.71 |
| 06/30/16 | 120 | NOTINGER LAW PLLC | Ref # FEES | 3110-000 | | 31,000.00 | 243,648.71 |
| 06/30/16 | 121 | NOTINGER LAW PLLC | Ref # EXPENSES | 3120-000 | | 293.54 | 243,355.17 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 716.29 | 242,638.88 |
| 07/28/16 | {12} | Peak Performance Day LLC | 2nd installment payment toward mortgage/promissory note executed by Fourth & Goal Realty Holding, LLC and Jonathan A. Parker Manager on Unit 205.aka Unit 5, Seabrook Common Condominium South, 920 Lafayette Road, Seabrook, NH 03874~Mortgage Amount: $130, | 1110-000 | 894.25 | | 243,533.13 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.93 | 243,195.20 |
| 08/08/16 | {12} | Peak Performance Day LLC | 3rd installment payment toward mortgage/promissory note executed by Fourth & Goal Realty Holding, LLC and Jonathan A. Parker Manager on Unit 205.aka Unit 5, Seabrook Common Condominium South, 920 Lafayette Road, Seabrook, NH 03874~Mortgage Amount: $130, | 1110-000 | 894.25 | | 244,089.45 |
| 08/08/16 | 122 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/08/2016 FOR CASE #15-11855 | 2300-000 | | 84.39 | 244,005.06 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 384.60 | 243,620.46 |
| 09/22/16 | {12} | Peak Performance Day LLC | 4th installment payment toward mortgage/promissory note executed by Fourth & Goal Realty Holding, LLC and Jonathan A. Parker Manager on Unit 205.aka Unit 5, Seabrook Common Condominium South, 920 Lafayette Road, Seabrook, NH 03874~Mortgage Amount: $130, | 1110-000 | 894.25 | | 244,514.71 |

Subtotals: $3,653.79    $32,816.75

{} Asset reference(s)   Printed: 11/28/2017 12:46 PM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 15-11855-BAH
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP
**Taxpayer ID #:** **-***2736
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $18,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/16 | 123 | New Hampshire Department of Revenue Administration | 1st interim distribution - claim 1 paid at 100% Stopped on 04/11/17 | 5800-000 | | 736.51 | 243,778.20 |
| 09/28/16 | 124 | NOTINGER LAW PLLC | Ref # EXPENSES | 2200-000 | | 11.52 | 243,766.68 |
| 09/28/16 | 125 | NOTINGER LAW PLLC | Ref # FEES | 2100-000 | | 86,000.00 | 157,766.68 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.75 | 157,416.93 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.29 | 157,197.64 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.66 | 156,955.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.19 | 156,729.79 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.54 | 156,488.25 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.06 | 156,277.19 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.36 | 156,043.83 |
| 04/10/17 | 126 | STATE OF NEW HAMPSHIRE | 2016 NH BUSINESS TAX RETURN | 2820-000 | | 1,069.00 | 154,974.83 |
| 04/11/17 | 123 | New Hampshire Department of Revenue Administration | 1st interim distribution - claim 1 paid at 100% Stopped: check issued on 09/28/16 | 5800-000 | | -736.51 | 155,711.34 |
| 04/11/17 | 127 | New Hampshire Department of Revenue Administration | Claim 1 - Paid at 100% | 5800-000 | | 736.51 | 154,974.83 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.15 | 154,765.68 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 244.86 | 154,520.82 |
| 08/31/17 | 128 | Steven M. Notinger | Dividend paid 100.00% on $59.11, Trustee Expenses; Reference: Voided on 09/06/17 | 2200-000 | | 47.59 | 154,473.23 |
| 08/31/17 | 129 | Steven M. Notinger | Dividend paid 100.00% on $108,074.89, Trustee Compensation; Reference: Voided on 09/06/17 | 2100-000 | | 22,074.89 | 132,398.34 |
| 08/31/17 | 130 | Duane A. D'Agnese & Company, P.A. | Dividend paid 100.00% on $15,300.00, Accountant for Trustee Expenses (Other Firm); Reference: Voided on 09/06/17 | 3420-000 | | 15,300.00 | 117,098.34 |
| 08/31/17 | 131 | Nhew Hampshire Department of Revenue Administration | Dividend paid 100.00% on $105.71, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: Voided on 09/06/17 | 2820-000 | | 105.71 | 116,992.63 |
| 08/31/17 | 132 | New Hampshire Department of Revenue Administration | Dividend paid 100.00% on $1,625.36; Claim# 1; Filed: $1,625.36; Reference: Voided on 09/06/17 | 5800-000 | | 888.85 | 116,103.78 |
| 08/31/17 | 133 | Carol A. Johnson | Dividend paid 37.23% on $1,505,096.17; Claim# 3U; Filed: $1,505,096.17; Reference: Voided on 09/06/17 | 7100-000 | | 99,236.78 | 16,867.00 |

Subtotals : $0.00  $227,647.71

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 15-11855-BAH
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP
**Taxpayer ID #:** **-***2736
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $18,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/17 | 134 | NOTINGER LAW PLLC | Combined Check for Claims#NOTLAW,NOTLAW Voided on 09/06/17 | 3110-000 | | 16,867.00 | 0.00 |
| 09/06/17 | 128 | Steven M. Notinger | Dividend paid 100.00% on $59.11, Trustee Expenses; Reference: Voided: check issued on 08/31/17 | 2200-000 | | -47.59 | 47.59 |
| 09/06/17 | 129 | Steven M. Notinger | Dividend paid 100.00% on $108,074.89, Trustee Compensation; Reference: Voided: check issued on 08/31/17 | 2100-000 | | -22,074.89 | 22,122.48 |
| 09/06/17 | 130 | Duane A. D'Agnese & Company, P.A. | Dividend paid 100.00% on $15,300.00, Accountant for Trustee Expenses (Other Firm); Reference: Voided: check issued on 08/31/17 | 3420-000 | | -15,300.00 | 37,422.48 |
| 09/06/17 | 131 | Nhew Hampshire Department of Revenue Administration | Dividend paid 100.00% on $105.71, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: Voided: check issued on 08/31/17 | 2820-000 | | -105.71 | 37,528.19 |
| 09/06/17 | 132 | New Hampshire Department of Revenue Administration | Dividend paid 100.00% on $1,625.36; Claim# 1; Filed: $1,625.36; Reference: Voided: check issued on 08/31/17 | 5800-000 | | -888.85 | 38,417.04 |
| 09/06/17 | 133 | Carol A. Johnson | Dividend paid 37.23% on $1,505,096.17; Claim# 3U; Filed: $1,505,096.17; Reference: Voided: check issued on 08/31/17 | 7100-000 | | -99,236.78 | 137,653.82 |
| 09/06/17 | 134 | NOTINGER LAW PLLC | Combined Check for Claims#NOTLAW,NOTLAW Voided: check issued on 08/31/17 | 3110-000 | | -16,867.00 | 154,520.82 |
| 09/06/17 | 135 | Steven M. Notinger | Dividend paid 100.00% on $108,074.89, Trustee Compensation; Reference: | 2100-000 | | 22,074.89 | 132,445.93 |
| 09/06/17 | 136 | Duane A. D'Agnese & Company, P.A. | Dividend paid 100.00% on $15,300.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 15,300.00 | 117,145.93 |
| 09/06/17 | 137 | Nhew Hampshire Department of Revenue Administration | Dividend paid 100.00% on $105.71, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 105.71 | 117,040.22 |
| 09/06/17 | 138 | New Hampshire Department of Revenue Administration | Dividend paid 100.00% on $1,625.36; Claim# 1; Filed: $1,625.36; Reference: | 5800-000 | | 888.85 | 116,151.37 |
| 09/06/17 | 139 | Carol A. Johnson | Dividend paid 37.23% on $1,505,096.17; Claim# 3U; Filed: $1,505,096.17; Reference: | 7100-000 | | 99,236.78 | 16,914.59 |
| 09/06/17 | 140 | NOTINGER LAW PLLC | Combined Check for | | | 16,867.00 | 47.59 |

Subtotals :   $0.00   $16,819.41

{} Asset reference(s)                                                                                              Printed: 11/28/2017 12:46 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 15-11855-BAH
**Case Name:** M&K COMPLEX, A LIMITED PARTNERSHIP

**Taxpayer ID #:** **-***2736
**Period Ending:** 11/28/17

**Trustee:** Steven M. Notinger (490050)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $18,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Claims#NOTLAW,NOTLAW | | | | |
| | | | Dividend paid 100.00% 16,810.50 on $47,810.50; Claim# NOTLAW; Filed: $47,810.50; Reference: FEES | 3110-000 | | | 47.59 |
| | | | Dividend paid 100.00% 56.50 on $350.04; Claim# NOTLAW; Filed: $350.04; Reference: EXPENSES | 3120-000 | | | 47.59 |
| 09/06/17 | 141 | Steven M. Notinger | | 2200-000 | | 47.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,571,427.07 | 2,571,427.07 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,571,427.07 | 2,571,427.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,571,427.07** | **$2,571,427.07** | |

Net Receipts : 2,571,427.07
Plus Gross Adjustments : 256,069.13
Net Estate : $2,827,496.20

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5866** | 2,571,427.07 | 2,571,427.07 | 0.00 |
| | **$2,571,427.07** | **$2,571,427.07** | **$0.00** |

{} Asset reference(s)

Printed: 11/28/2017 12:46 PM V.13.30